# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG, LLC, AND JOHN MAGNESS<br><br>　　　Plaintiffs<br><br>v.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br><br>　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 4:24-cv-02767 |

## **INDEX OF MATTERS FILED**

The following matters, which are attached as exhibits to Defendant Tyrrell L. Garth's Notice of Removal, have been filed in the above-referenced cause of action:

- Exhibit A – The Index of Matters Being Filed;

- Exhibit B – Plaintiffs' Original Petition;

- Exhibit C – Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer's Original Answer;

- Exhibit D – Defendant Laurie Cooper's Special Appearance Motion to Challenge Jurisdiction;

- 2 -

- Exhibit E – Defendant Laurie Cooper's Original Answer (Subject to Special Appearance);

- Exhibit F – Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer's First Amended Original Answer;

- Exhibit G – Defendant Tyrrell L. Garth's Original Answer;

- Exhibit H - State Court's Docket Sheet; and

- Exhibit I – List of All Counsel of Record.