# EXHIBIT C

Case 4:24-cv-02767   Document 1-3   Filed on 07/25/24 in TXSD   Page 2 of 5

7/9/2024 10:14 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 89580841
By: Anais Aguirre
Filed: 7/9/2024 10:14 AM

CAUSE NO. 2024-34589

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC,** | § | **IN THE DISTRICT COURT OF** |
| **SOL CITY TITLE, LLC, MAGNOLIA** | § | |
| **TITLE ARKANSAS, LTD.,** | § | |
| **MAGNOLIA TITLE FLORIDA, LLC,** | § | |
| **THE PEABODY BULLDOG, LLC,** | § | |
| **AND JOHN MAGNESS** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **TYRELL L. GARTH, PHILLIP H.** | § | |
| **CLAYTON, DEBBIE MERRITT A/K/A** | § | |
| **DEBORAH MERRITT, MATTHEW** | § | |
| **D. HILL, CHARLES BURNS, P.** | § | |
| **GARRETT CLAYTON, SCOTT M.** | § | |
| **REEVES, ARIANE E. YOUNG,** | § | |
| **TINGLEMERRITT, LLP STARREX** | § | |
| **TITLE FLORIDA, LLC, LAURIE** | § | |
| **COOPER, MARKETSTREET** | § | |
| **CAPITAL PARTNERS, LLC,** | § | |
| **MARKETSTREET CAPITAL** | § | |
| **PARTNERS AR, LLC, AND BRIAN** | § | |
| **A. BREWER** | § | **11TH JUDICIAL DISTRICT** |

## DEFENDANTS STARREX TITLE FLORIDA, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer, (hereinafter "Brewer Defendants") and files their Original Answer as follows:

### I. GENERAL DENIAL

1. Brewer Defendants assert a general denial as authorized by Texas Rule of Civil Procedure 92 and generally deny all the allegations contained in Plaintiffs' Original Petition. Brewer Defendants respectfully request that Plaintiffs be required to prove the charges and

Copy from re:SearchTX

allegations contained in their petition by a preponderance of the evidence where applicable, or higher burden of proof when required by law.

## II. PRAYER

2. Brewer Defendants pray that this Court deny the relief sought by Plaintiffs and that Plaintiffs take nothing. Brewer Defendants further pray that this Court grant Brewer Defendants all such other and further relief to which they may be entitled at law and in equity.

      Respectfully submitted,

      STILWELL, EARL & APOSTOLAKIS, LLP

      By: /s/Steven C. Earl
          Steven C. Earl
          State Bar No. 24002028
          James E. Graham
          State Bar No. 24102973
      128 Vision Park Blvd., Suite 140
      Shenandoah, Texas 77384
      Telephone: 281/419-6200
      Telecopier: 281/419-0250
      Steven@woodlandstxlawfirm.com
      Jim@woodlandstxlawfirm.com
      Attorneys for Starrex Title Florida, LLC,
      Marketstreet Capital Partners, LLC,
      Marketstreet Capital Partners AR, LLC and
      Brian A. Brewer

Copy from re:SearchTX

## **CERTIFICATE OF SERVICE**

      This Original Answer was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 9th day of July, 2024.

Simon W. Hendershot, III
Ian F. McNeil
Philip D. Racusin
Hendershot Cowart, P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
(713) 783-3110
(713) 783-2809 (fax)
trey@hchlawyers.com
IMcNeil@hchlawyers.com
pracusin@hclawyers.com
Attorneys for Plaintiffs

                                                          /s/James E. Graham
                                                          James E. Graham

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Scott on behalf of James Graham
Bar No. 24102973
heather@meslawfirm.com
Envelope ID: 89580841
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer's Original Answer
Status as of 7/9/2024 12:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| HENDERSHOT COWART P.C. | | netdocs@hchlawyers.com | 7/9/2024 10:14:57 AM | SENT |
| Philip D.Racusin | | pracusin@hchlawyers.com | 7/9/2024 10:14:57 AM | SENT |
| Elizabeth T.Garcia | | egarcia@hchlawyers.com | 7/9/2024 10:14:57 AM | SENT |
| Steven CEarl | | steven@woodlandstxlawfirm.com | 7/9/2024 10:14:57 AM | SENT |
| Heather Scott | | Heather@woodlandstxlawfirm.com | 7/9/2024 10:14:57 AM | SENT |
| Jim Graham | | jim@woodlandstxlawfirm.com | 7/9/2024 10:14:57 AM | SENT |
| Simon Hendershot | 9417200 | trey@hcmhlaw.com | 7/9/2024 10:14:57 AM | ERROR |