# EXHIBIT E

Case 4:24-cv-02767   Document 1-5   Filed on 07/25/24 in TXSD   Page 2 of 5

7/24/2024 1:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 90134327
By: Taiasha Bradford
Filed: 7/24/2024 1:17 PM

CAUSE NO. 2024-34589

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC,** § | | **IN THE DISTRICT COURT OF** |
| **SOL CITY TITLE, LLC, MAGNOLIA** § | | |
| **TITLE ARKANSAS, LTD.,** § | | |
| **MAGNOLIA TITLE FLORIDA, LLC,** § | | |
| **THE PEABODY BULLDOG, LLC,** § | | |
| **AND JOHN MAGNESS** § | | |
| § | | |
| **v.** § | | **HARRIS COUNTY, TEXAS** |
| § | | |
| **TYRELL L. GARTH, PHILLIP H.** § | | |
| **CLAYTON, DEBBIE MERRITT A/K/A** § | | |
| **DEBORAH MERRITT, MATTHEW** § | | |
| **D. HILL, CHARLES BURNS, P.** § | | |
| **GARRETT CLAYTON, SCOTT M.** § | | |
| **REEVES, ARIANE E. YOUNG,** § | | |
| **TINGLEMERRITT, LLP STARREX** § | | |
| **TITLE FLORIDA, LLC, LAURIE** § | | |
| **COOPER, MARKETSTREET** § | | |
| **CAPITAL PARTNERS, LLC,** § | | |
| **MARKETSTREET CAPITAL** § | | |
| **PARTNERS AR, LLC, AND BRIAN** § | | |
| **A. BREWER** § | | **11TH JUDICIAL DISTRICT** |

## DEFENDANT LAURIE COOPER'S ORIGINAL ANSWER (SUBJECT TO SPECIAL APPEARANCE)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Laurie Cooper and, subject to her special appearance filed in this cause, files her Original Answer as follows:

### I. GENERAL DENIAL

1. Defendant asserts a general denial as authorized by Texas Rule of Civil Procedure 92 and generally denies all the allegations contained in Plaintiffs' Original Petition. Defendant respectfully requests that Plaintiffs be required to prove the charges and allegations contained in their petition by a preponderance of the evidence where applicable, or higher burden of proof when required by law.

Copy from re:SearchTX

2. Defendant asserts the defenses of estoppel and waiver.

3. Defendant pleads the limitation on exemplary damages found in TEX. CIV. PRAC. & REM. CODE §§ 41.004, and 41.007-41.008, and the right to a bifurcated trial.

4. The filing of the answer subject to the special appearance does not waive the challenge to personal jurisdiction. TEX. R. CIV. P. 120a(1); *Dawson-Austin v. Austin*, 968 S.W.2d 319, 323 (Tex. 1998).

5. Defendant requests a trial by jury.

## II. PRAYER

6. Defendant prays that this Court deny the relief sought by Plaintiffs and that Plaintiffs take nothing.

    Respectfully submitted,

    STILWELL, EARL & APOSTOLAKIS, LLP

    By: /s/Steven C. Earl
        Steven C. Earl
        State Bar No. 24002028
        James E. Graham
        State Bar No. 24102973
    128 Vision Park Blvd., Suite 140
    Shenandoah, Texas 77384
    Telephone: 281/419-6200
    Telecopier: 281/419-0250
    Steven@woodlandstxlawfirm.com
    Jim@woodlandstxlawfirm.com
    Attorneys for Laurie Cooper

**CERTIFICATE OF SERVICE**

      This Original Answer was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 24th day of July, 2024.

Simon W. Hendershot, III  
Ian F. McNeil  
Philip D. Racusin  
Hendershot Cowart, P.C.  
1800 Bering Drive, Suite 600  
Houston, Texas 77057  
(713) 783-3110  
(713) 783-2809 (fax)  
trey@hchlawyers.com  
IMcNeil@hchlawyers.com  
pracusin@hclawyers.com  
Attorneys for Plaintiffs

                                                        /s/James E. Graham  
                                                        James E. Graham

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Scott on behalf of James Graham
Bar No. 24102973
heather@meslawfirm.com
Envelope ID: 90134327
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants Starrex Title Florida LLC Marketstreet Capital Partners LLC Marketstreet Capital Partners AR LLC and Brian A Brewer's First Amended Original Answer
Status as of 7/24/2024 1:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Steven C Earl | | steven@woodlandstxlawfirm.com | 7/24/2024 1:17:43 PM | SENT |
| Jim Graham | | jim@woodlandstxlawfirm.com | 7/24/2024 1:17:43 PM | SENT |
| Simon Hendershot | 9417200 | trey@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| HENDERSHOT COWART P.C. | | netdocs@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| Elizabeth T. Garcia | | egarcia@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| Philip D. Racusin | | pracusin@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| Heather Scott | | Heather@woodlandstxlawfirm.com | 7/24/2024 1:17:43 PM | SENT |

Copy from re:SearchTX