# EXHIBIT F

Case 4:24-cv-02767   Document 1-6   Filed on 07/25/24 in TXSD   Page 2 of 5

7/24/2024 1:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 90134327
By: Taiasha Bradford
Filed: 7/24/2024 1:17 PM

CAUSE NO. 2024-34589

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC,** § | | **IN THE DISTRICT COURT OF** |
| **SOL CITY TITLE, LLC, MAGNOLIA** § | | |
| **TITLE ARKANSAS, LTD.,** § | | |
| **MAGNOLIA TITLE FLORIDA, LLC,** § | | |
| **THE PEABODY BULLDOG, LLC,** § | | |
| **AND JOHN MAGNESS** § | | |
| § | | |
| **v.** § | | **HARRIS COUNTY, TEXAS** |
| § | | |
| **TYRELL L. GARTH, PHILLIP H.** § | | |
| **CLAYTON, DEBBIE MERRITT A/K/A** § | | |
| **DEBORAH MERRITT, MATTHEW** § | | |
| **D. HILL, CHARLES BURNS, P.** § | | |
| **GARRETT CLAYTON, SCOTT M.** § | | |
| **REEVES, ARIANE E. YOUNG,** § | | |
| **TINGLEMERRITT, LLP STARREX** § | | |
| **TITLE FLORIDA, LLC, LAURIE** § | | |
| **COOPER, MARKETSTREET** § | | |
| **CAPITAL PARTNERS, LLC,** § | | |
| **MARKETSTREET CAPITAL** § | | |
| **PARTNERS AR, LLC, AND BRIAN** § | | |
| **A. BREWER** § | | **11TH JUDICIAL DISTRICT** |

## DEFENDANTS STARREX TITLE FLORIDA, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER'S FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer, (hereinafter "Brewer Defendants") and files their First Amended Original Answer as follows:

### I. GENERAL DENIAL

1.  Brewer Defendants assert a general denial as authorized by Texas Rule of Civil Procedure 92 and generally deny all the allegations contained in Plaintiffs' Original Petition. Brewer Defendants respectfully request that Plaintiffs be required to prove the charges and

Copy from re:SearchTX

allegations contained in their petition by a preponderance of the evidence where applicable, or higher burden of proof when required by law.

2. Defendants assert the defenses of estoppel and waiver.

3. Defendants plead the limitation on exemplary damages found in TEX. CIV. PRAC. & REM. CODE §§ 41.004, and 41.007-41.008, and the right to a bifurcated trial.

4. Defendants request a trial by jury.

## II. PRAYER

5. Brewer Defendants pray that this Court deny the relief sought by Plaintiffs and that Plaintiffs take nothing. Brewer Defendants further pray that this Court grant Brewer Defendants all such other and further relief to which they may be entitled at law and in equity.

Respectfully submitted,

STILWELL, EARL & APOSTOLAKIS, LLP

By: /s/Steven C. Earl
    Steven C. Earl
    State Bar No. 24002028
    James E. Graham
    State Bar No. 24102973
128 Vision Park Blvd., Suite 140
Shenandoah, Texas 77384
Telephone: 281/419-6200
Telecopier: 281/419-0250
Steven@woodlandstxlawfirm.com
Jim@woodlandstxlawfirm.com
Attorneys for Starrex Title Florida, LLC,
Marketstreet Capital Partners, LLC,
Marketstreet Capital Partners AR, LLC and
Brian A. Brewer

## **CERTIFICATE OF SERVICE**

      This Original Answer was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 24th day of July, 2024.

Simon W. Hendershot, III
Ian F. McNeil
Philip D. Racusin
Hendershot Cowart, P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
(713) 783-3110
(713) 783-2809 (fax)
trey@hchlawyers.com
IMcNeil@hchlawyers.com
pracusin@hclawyers.com
Attorneys for Plaintiffs

                                                      /s/James E. Graham
                                                      James E. Graham

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Scott on behalf of James Graham
Bar No. 24102973
heather@meslawfirm.com
Envelope ID: 90134327
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendants Starrex Title Florida LLC Marketstreet Capital Partners LLC Marketstreet Capital Partners AR LLC and Brian A Brewer's First Amended Original Answer
Status as of 7/24/2024 1:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Heather Scott | | Heather@woodlandstxlawfirm.com | 7/24/2024 1:17:43 PM | SENT |
| Steven CEarl | | steven@woodlandstxlawfirm.com | 7/24/2024 1:17:43 PM | SENT |
| Jim Graham | | jim@woodlandstxlawfirm.com | 7/24/2024 1:17:43 PM | SENT |
| Simon Hendershot | 9417200 | trey@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| HENDERSHOT COWART P.C. | | netdocs@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| Elizabeth T.Garcia | | egarcia@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |
| Philip D.Racusin | | pracusin@hchlawyers.com | 7/24/2024 1:17:43 PM | SENT |

Copy from re:SearchTX