# EXHIBIT G

Case 4:24-cv-02767   Document 1-7   Filed on 07/25/24 in TXSD   Page 2 of 6

7/24/2024 4:02 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 90149822
By: Anais Aguirre
Filed: 7/24/2024 4:02 PM

CAUSE NO. 2024-34589

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG, LLC, AND JOHN MAGNESS**<br>*Plaintiffs* | § § § § § § § | **IN THE DISTRICT COURT OF** |
| v. | § § § | **HARRIS COUNTY, TEXAS** |
| **TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC, AND BRIAN A. BREWER**<br>*Defendants* | § § § § § § § § § § § § § | **11TH JUDICIAL DISTRICT COURT** |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Tyrrell L. Garth files his Original Answer, as follows:

**I.**
**GENERAL DENIAL**

Pursuant to Texas Rule of Civil Procedure 92, Defendant generally denies the allegations contained in Plaintiffs' Original Petition, as well as any other amended or supplemental petition filed hereafter, and demands strict proof thereof as required by the Constitution and the laws of the State of Texas.

**II.**
**DEFENSES**

Defendant asserts the following defenses as authorized by the Texas Rules of Civil Procedure:

## First Defense

Plaintiffs' claims must fail because their own acts and omissions caused or contributed to their alleged damages.

## Second Defense

Plaintiffs' claims must fail because one or more Plaintiff ratified the document in question.

## Third Defense

Plaintiffs' claims must fail because Defendant's acts and omissions were justified and/or privileged.

## Fourth Defense

Plaintiffs' claims must fail to the extent they did not mitigate their damages.

## Fifth Defense

Plaintiffs' claims must fail due to the doctrines of waiver and estoppel.

## Six Defense

Plaintiffs' claims are barred in whole or in part by the applicable statutory ceilings on recoverable damages, including but not limited to those found in Chapter 41 of the Texas Civil Practice & Remedies Code, the Due Process Clauses of the United States and Texas Constitution, and other applicable laws.

## Seventh Defense

Plaintiffs cannot recover damages under multiple or different theories and causes of action for the same or similar acts. Plaintiffs are entitled to only one remedy for their claims.

## Eighth Defense

Plaintiffs' claim of exemplary damages is barred because Defendant did not act with malice.

Copy from re:SearchTX

Defendant specifically reserves the right to amend this Answer to add or delete affirmative defenses as additional investigation, discovery, or circumstances warrant.

### III.
### PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant Tyrrell L. Garth respectfully prays that upon final trial and hearing hereof, Plaintiffs take nothing by reason of the allegations contained in Plaintiffs' Original Petition, that all claims against Defendant be dismissed, and for such other and further relief, special or general, at law or in equity, to which he may show himself justly entitled to receive.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

*/s/ James M. Cleary, Jr.*
James M. Cleary, Jr.
Texas Bar No. 00783838
*cleary@mdjwlaw.com*
W. Jackson Wisdom
Texas Bar No. 21804025
*wisdom@mdjwlaw.com*
808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

**ATTORNEYS FOR DEFENDANT,
TYRRELL L. GARTH**

3

Copy from re:SearchTX

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing pleading has been forwarded via the e-service system on July 24, 2024 to:

| | |
|---|---|
| Simon W. Hendershot, III | *Via E-Mail: trey@hchlawyers.com* |
| Ian F. McNeil | *Via E-Mail: IMcNeil@hchlawyers.com* |
| Philip D. Racusin | *Via E-Mail: pracusin@hchlawyers.com* |

HENDERSHOT COWART P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
*Attorneys for Plaintiffs*

| | |
|---|---|
| Steven C. Earl | *Via E-Mail: steven@woodlandstxlawfirm.com* |
| James E. Graham | *Via E-Mail: jim@woodlandstxlawfirm.com* |

STILWELL, EARL & APOSTOLAKIS, LLP
128 Vision Park Blvd., Suite 140
Shenandoah, Texas 77384
*Attorneys for Defendants,*
*Starrex Title Florida, LLC,*
*Marketstreet Capital Partners, LLC,*
*Marketstreet Capital Partners AR, LLC,*
*Brian A. Brewer and Laurie Cooper*

                                              */s/ James M. Cleary, Jr.*
                                              James M. Cleary, Jr.

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Veronica Rodriguez on behalf of James Michael Cleary
Bar No. 783838
veronicar@mdjwlaw.com
Envelope ID: 90149822
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Tyrrell L. Garth's Original Answer
Status as of 7/24/2024 5:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| James M.Cleary | | cleary@mdjwlaw.com | 7/24/2024 4:02:52 PM | SENT |
| Heather Scott | | Heather@woodlandstxlawfirm.com | 7/24/2024 4:02:52 PM | SENT |
| Steven CEarl | | steven@woodlandstxlawfirm.com | 7/24/2024 4:02:52 PM | SENT |
| Jim Graham | | jim@woodlandstxlawfirm.com | 7/24/2024 4:02:52 PM | SENT |
| Simon Hendershot | 9417200 | trey@hchlawyers.com | 7/24/2024 4:02:52 PM | SENT |
| HENDERSHOT COWART P.C. | | netdocs@hchlawyers.com | 7/24/2024 4:02:52 PM | SENT |
| Elizabeth T.Garcia | | egarcia@hchlawyers.com | 7/24/2024 4:02:52 PM | SENT |
| Philip D.Racusin | | pracusin@hchlawyers.com | 7/24/2024 4:02:52 PM | SENT |
| W. Jackson Wisdom | | wisdom@mdjwlaw.com | 7/24/2024 4:02:52 PM | SENT |
| Ian F.McNeil | | IMcNeil@hchlawyers.com | 7/24/2024 4:02:52 PM | ERROR |

Copy from re:SearchTX