# EXHIBIT H

HCDistrictclerk.com COAST TO COAST TITLE LLC vs. GARTH, TYRRELL L 7/25/2024
Cause: 202434589   CDI: 7   Court: 011

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 6/3/2024 |
| Case (Cause) Location | |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | FRAUD |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | 7/24/2024 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 011th |
| Address | 201 CAROLINE (Floor: 9)<br>HOUSTON, TX 77002<br>Phone:8329272600 |
| JudgeName | KRISTEN BRAUCHLE HAWKINS |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| COAST TO COAST TITLE LLC | PLAINTIFF - CIVIL | | HENDERSHOT, SIMON W. III |
| GARTH, TYRRELL L<br>7350 PHELAN BLVD, BEAUMONT, TX 77706-5821 | DEFENDANT - CIVIL | | |
| SOL CITY TITLE LLC | PLAINTIFF - CIVIL | | HENDERSHOT, SIMON W. III |
| MAGNOLIA TITLE ARKANSAS LTD | PLAINTIFF - CIVIL | | HENDERSHOT, SIMON W. III |
| MAGNOLIA TITLE FLORIDA LLC | PLAINTIFF - CIVIL | | HENDERSHOT, SIMON W. III |

| Party | Role | Attorney |
|---|---|---|
| THE PEABODY BULLDOG LLC | PLAINTIFF - CIVIL | HENDERSHOT, SIMON W. III |
| MAGNESS, JOHN | PLAINTIFF - CIVIL | HENDERSHOT, SIMON W. III |
| CLAYTON, PHILLIP H<br>    15015 JONES RD, HOUSTON, TX 77070 | DEFENDANT - CIVIL | |
| MERRITT, DEBBIE (A/K/A DEBORAH MERRITT)<br>    14701 SAINT MARYS LN STE 150, HOUSTON, TX 77079 | DEFENDANT - CIVIL | |
| HILL, MATTHEW D<br>    15015 JONES RD, HOUSTON, TX 77070 | DEFENDANT - CIVIL | |
| BURNS, CHARLES | DEFENDANT - CIVIL | |
| CLAYTON, P GARRETT<br>    6 GALLOWAY GATES CT, TOMBALL, TX 77377 | DEFENDANT - CIVIL | |
| REEVES, SCOTT M | DEFENDANT - CIVIL | |
| YOUNG, ARIANE E | DEFENDANT - CIVIL | |
| TINGLEMERRETT LLP (A/K/A TINGLE MERRETT LLP) | DEFENDANT - CIVIL | |
| STARREX TITLE FLORIDA LLC | DEFENDANT - CIVIL | EARL, STEVEN CHRISTOPHER |
| COOPER, LAURIE<br>    2075 FRUITVILLE ROAD SUITE 100, SARASOTA, FL 34237 | DEFENDANT - CIVIL | |
| MERRITT, DEBORAH | DEFENDANT - CIVIL | |
| MARKETSTREET CAPITAL PARTNERS AR LLC (D/B/A MAGNOLIA TITILE COMPANY) | DEFENDANT - CIVIL | EARL, STEVEN CHRISTOPHER |
| BREWER, BRIAN A (D/B/A MAGNOLIA TITLE COMPANY)<br>    1400 WOODLOCH FOREST DRIVE SUITE 575, THE WOODLANDS, TX 77380 | DEFENDANT - CIVIL | EARL, STEVEN CHRISTOPHER |
| MARKETSTREET CAPITAL PARTNERS, LLC | DEFENDANT - CIVIL | EARL, STEVEN CHRISTOPHER |
| TINGLE MERRETT LLP | DEFENDANT - CIVIL | |
| MAGNOLIA TITLE COMPANY | DEFENDANT - CIVIL | |
| TINGLEMERRETT LLP (A/K/A TINGEL MERRETT LLP) | REGISTERED AGENT | |
| STARREX TITLE FLORIDA LLC (FLORIDA LIMITED LIABILITY COMPANY)<br>    2075 FRUITVILLE ROAD SUITE 100, SARASOTA, FL 34237 | REGISTERED AGENT | |
| MARKETSTREET CAPITAL PARTNERS LLC (D/B/A MAGNOLIA TITLE COMPANY)<br>    25700 INTERSTATE 45 SUITE 100, SPRING, TX 77386-1357 | REGISTERED AGENT | |
| MARKETSTREET CAPITAL PARTNERS AR LLC (D/B/A MAGNOLIA TITLE COMPANY)<br>    10301 W MARKHAM ST SUITE 220, LITTLE ROCK, AR 72205 | REGISTERED AGENT | |

BREWER, BRIAN A                                    DEFENDANT - CIVIL

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 7/24/2024 | FIRST AMENDED ANSWER ORIGINAL ANSWER | | | 0 | | EARL, STEVEN CHRISTOPHER | MARKETSTREET CAPITAL PARTNERS AR LLC (D/B/A MAGNOLIA TITILE COMPANY) |
| 7/24/2024 | FIRST AMENDED ANSWER ORIGINAL ANSWER | | | 0 | | EARL, STEVEN CHRISTOPHER | BREWER, BRIAN A (D/B/A MAGNOLIA TITLE COMPANY) |
| 7/24/2024 | FIRST AMENDED ANSWER ORIGINAL ANSWER | | | 0 | | EARL, STEVEN CHRISTOPHER | MARKETSTREET CAPITAL PARTNERS, LLC |
| 7/24/2024 | JURY DEMAND MADE (TRCP 216) | | | 0 | | | |
| 7/24/2024 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 7/24/2024 | FIRST AMENDED ANSWER ORIGINAL ANSWER | | | 0 | | EARL, STEVEN CHRISTOPHER | STARREX TITLE FLORIDA LLC |
| 7/9/2024 | ANSWER ORIGINAL PETITION | | | 0 | | EARL, STEVEN CHRISTOPHER | MARKETSTREET CAPITAL PARTNERS AR LLC (D/B/A MAGNOLIA TITILE COMPANY) |
| 7/9/2024 | ANSWER ORIGINAL PETITION | | | 0 | | EARL, STEVEN CHRISTOPHER | STARREX TITLE FLORIDA LLC |
| 7/9/2024 | ANSWER ORIGINAL PETITION | | | 0 | | EARL, STEVEN CHRISTOPHER | MARKETSTREET CAPITAL PARTNERS, LLC |
| 7/9/2024 | ANSWER ORIGINAL PETITION | | | 0 | | EARL, STEVEN CHRISTOPHER | BREWER, BRIAN A (D/B/A MAGNOLIA TITLE COMPANY) |
| 6/3/2024 | ORIGINAL PETITION | | | 0 | | HENDERSHOT, SIMON W. III | MAGNOLIA TITLE FLORIDA LLC |
| 6/3/2024 | ORIGINAL PETITION | | | 0 | | HENDERSHOT, SIMON W. III | THE PEABODY BULLDOG LLC |
| 6/3/2024 | ORIGINAL PETITION | | | 0 | | HENDERSHOT, SIMON W. III | MAGNESS, JOHN |
| 6/3/2024 | ORIGINAL PETITION | | | 0 | | HENDERSHOT, SIMON W. III | COAST TO COAST TITLE LLC |
| 6/3/2024 | ORIGINAL PETITION | | | 0 | | HENDERSHOT, SIMON W. III | SOL CITY TITLE LLC |
| 6/3/2024 | ORIGINAL PETITION | | | 0 | | HENDERSHOT, SIMON W. III | MAGNOLIA TITLE ARKANSAS LTD |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | GARTH, TYRRELL L | 6/4/2024 | 6/7/2024 | 6/26/2024 | | | 74333228 | E-MAIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7350 PHELAN BLVD BEAUMONT TX 77706 | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | GARTH, TYRRELL L | 6/4/2024 | 6/7/2024 | 6/26/2024 | 74333228 | E-MAIL |
| | 7350 PHELAN BLVD BEAUMONT TX 77706 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CLAYTON, PHILLIP H | 6/4/2024 | 6/7/2024 | | 74333233 | E-MAIL |
| | 15015 JONES RD HOUSTON TX 77070 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | MERRITT, DEBBIE (A/K/A DEBORAH MERRITT) | 6/4/2024 | 6/7/2024 | | 74333234 | E-MAIL |
| | 14701 SAINT MARYS LN STE 150 HOUSTON TX 77079 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HILL, MATTHEW D | 6/4/2024 | 6/7/2024 | | 74333235 | E-MAIL |
| | 15015 JONES RD HOUSTON TX 77070 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HILL, MATTHEW D | 6/4/2024 | 6/7/2024 | | 74333236 | E-MAIL |
| | 15015 JONES RD HOUSTON TX 77070 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HILL, MATTHEW D | 6/4/2024 | 6/7/2024 | | 74333236 | E-MAIL |
| | 15015 JONES RD HOUSTON TX 77070 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | BURNS, CHARLES | 6/4/2024 | 6/7/2024 | | 74333237 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | BURNS, CHARLES | 6/4/2024 | 6/7/2024 | | 74333238 | E-MAIL |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CLAYTON, P GARRETT | 6/4/2024 | 6/7/2024 | | 74333239 | E-MAIL |
| | 6 GALLOWAY GATES CT TOMBALL TX 77377 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CLAYTON, P GARRETT | 6/4/2024 | 6/7/2024 | | 74333240 | E-MAIL |
| | 6 GALLOWAY GATES CT TOMBALL TX 77377 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | REEVES, SCOTT M | 6/4/2024 | 6/7/2024 | | 74333241 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | REEVES, SCOTT M | 6/4/2024 | 6/7/2024 | | 74333242 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | YOUNG, ARIANE E | 6/4/2024 | 6/7/2024 | | 74333243 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | COOPER, LAURIE | 6/4/2024 | 6/7/2024 | 6/18/2024 | 74333244 | E-MAIL |
| | 2075 FRUITVILLE ROAD SUITE 100 SARASOTA FL 34237 | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | BREWER, BRIAN A (D/B/A MAGNOLIA TITLE COMPANY) | 6/4/2024 | 6/7/2024 | 6/14/2024 | 74333246 | E-MAIL |
| | 1400 WOODLOCH FOREST DRIVE SUITE 575 THE WOODLANDS TX 77380 | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | TINGLEMERRETT LLP (A/K/A TINGEL MERRETT LLP) | 6/4/2024 | 6/7/2024 | 6/25/2024 | | 74333247 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | TINGLEMERRETT LLP (A/K/A TINGEL MERRETT LLP) | 6/4/2024 | 6/7/2024 | 6/25/2024 | | 74333247 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | TINGLEMERRETT LLP (A/K/A TINGEL MERRETT LLP) | 6/4/2024 | 6/7/2024 | 6/25/2024 | | 74333247 | E-MAIL |
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | STARREX TITLE FLORIDA LLC (FLORIDA LIMITED LIABILITY COMPANY) | 6/4/2024 | 6/7/2024 | 6/18/2024 | | 74333248 | E-MAIL |

2075 FRUITVILLE ROAD SUITE 100 SARASOTA FL 34237

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MARKETSTREET CAPITAL PARTNERS LLC (D/B/A MAGNOLIA TITLE COMPANY) | 6/4/2024 | 6/7/2024 | 6/24/2024 | | 74333249 | E-MAIL |

25700 INTERSTATE 45 SUITE 100 SPRING TX 77386

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MARKETSTREET CAPITAL PARTNERS LLC (D/B/A MAGNOLIA TITLE COMPANY) | 6/4/2024 | 6/7/2024 | 6/24/2024 | | 74333249 | E-MAIL |

25700 INTERSTATE 45 SUITE 100 SPRING TX 77386

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MARKETSTREET CAPITAL PARTNERS LLC (D/B/A MAGNOLIA TITLE COMPANY) | 6/4/2024 | 6/7/2024 | 6/24/2024 | | 74333249 | E-MAIL |

25700 INTERSTATE 45 SUITE 100 SPRING TX 77386

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MARKETSTREET CAPITAL PARTNERS LLC (D/B/A MAGNOLIA TITLE COMPANY) | 6/4/2024 | 6/7/2024 | 6/24/2024 | | 74333249 | E-MAIL |

25700 INTERSTATE 45 SUITE 100 SPRING TX 77386

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | MARKETSTREET CAPITAL PARTNERS AR LLC (D/B/A MAGNOLIA TITLE COMPANY) | 6/4/2024 | 6/7/2024 | 6/24/2024 | | 74333252 | E-MAIL |

10301 W MARKHAM ST SUITE 220 LITTLE ROCK AR 72205

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 115546500 | Defendants Starrex Title Florida LLC Marketstreet Capital Partners LLC Marketstreet Capital Partners AR LLC and Brian A Brewers First Amended Original Answer | | 07/24/2024 | 4 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| | Defendants Starrex Title Florida LLC Marketstreet Capital Partners LLC Marketstreet Capital Partners AR LLC and Brian A Brewers First Amended Original Answer | | 07/24/2024 | |
| 115546501 | Defendant Laurie Cooper's Original Answer (Subject to Special Appearance) | | 07/24/2024 | 4 |
| 115548124 | Proposed Order Granting Motion for Substitute Service of Process | | 07/24/2024 | 2 |
| 115548298 | Proposed Order Granting Motion for Substituted Service of Process | | 07/24/2024 | 2 |
| 115550211 | Proposed Order Granting Motion for Substituted Service of Process | | 07/24/2024 | 2 |
| 115510952 | Defendant Laurie Cooper's Special Appearance Motion to Challenge Jurisdiction | | 07/22/2024 | 6 |
| 115392202 | Plaintiff's Motion for Substitute Service | | 07/16/2024 | 4 |
| 115392204 | ORDER GRANTING PLAINTIFFS MOTION FOR SUBSTITUTED SERVICE | | 07/16/2024 | 2 |
| 115360696 | Plaintiffs' Motion for Substituted Service | | 07/12/2024 | 7 |
| 115360697 | Plaintiffs' Motion for Substituted Service | | 07/12/2024 | 2 |
| 115290708 | Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer's Original Answer | | 07/09/2024 | 4 |
| | Defendants Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC and Brian A. Brewer's Original Answer | | 07/09/2024 | |
| 115237344 | Plaintiffs' Motion for Substituted Service | | 07/03/2024 | 8 |
| 115237345 | Order Granting Plaintiff's Motion for Substituted Service | | 07/03/2024 | 3 |
| 115139860 | Amended Return of Service - Tinglemerrett LLP (a/k/a Tingel Merrett LLP) | | 06/27/2024 | 3 |
| 115123294 | Return of Service - Tyrrell L. Garth | | 06/26/2024 | 2 |
| 115128110 | Return of Service - Tinglemerrett LLP (a/k/a Tingel Merrett LLP) | | 06/26/2024 | 3 |
| 115069278 | Return of Service - Marketstreet Capital Partners LLC (d/b/a Magnolia Title Company) | | 06/24/2024 | 2 |
| 115069310 | Return of Service - Marketstreet Capital Partners AR LLC (d/b/a Magnolia Title Company) | | 06/24/2024 | 2 |
| 115005393 | Return of Service | | 06/20/2024 | 2 |
| 115005441 | Return of Service | | 06/20/2024 | 2 |
| 114951520 | Return of Service- BREWER, BRIAN A (D/B/A MAGNOLIA TITLE COMPANY) | | 06/17/2024 | 2 |
| 114733608 | Civil Process Request - Garth | | 06/04/2024 | 1 |
| 114733609 | Civil Process Request - Clayton | | 06/04/2024 | 1 |
| 114733610 | Civil Process Request - Merritt | | 06/04/2024 | 1 |
| 114733611 | Civil Process Request- Hill | | 06/04/2024 | 1 |
| 114733612 | Civil Process Request - Burns | | 06/04/2024 | 1 |
| 114733613 | Civil Process Request - Clayton | | 06/04/2024 | 1 |
| 114733614 | Civil Process Request - Reeves | | 06/04/2024 | 1 |
| 114733615 | Civil Process Request - Young | | 06/04/2024 | 1 |
| 114733616 | Civil Process Request | | 06/04/2024 | 1 |
| 114733617 | Civil Process Request - Starrex | | 06/04/2024 | 1 |
| 114733618 | CoasttoCoast-LC (RIS) | | 06/04/2024 | 1 |
| 114733619 | Civil Process Request - | | 06/04/2024 | 1 |
| 114733620 | Civil Process Request | | 06/04/2024 | 1 |
| 114733621 | Civil Process Request | | 06/04/2024 | 1 |
| 114742163 | Letter to Clerk | | 06/04/2024 | 1 |
| 114696445 | Plaintiffs' Original Petition | | 06/03/2024 | 136 |
| | Plaintiffs' Original Petition | | 06/03/2024 | |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 114696446 | Exhibit A | | 06/03/2024 | 6 |
| | Exhibit A | | 06/03/2024 | |
| 114696445 | Plaintiffs' Original Petition | | 06/03/2024 | 136 |
| ·> 114696446 | Exhibit A | | 06/03/2024 | 6 |