# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG, LLC, AND JOHN MAGNESS <br><br> Plaintiffs <br><br> v. <br><br> TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 4:24-cv-02767 |

## **LIST ALL COUNSEL OF RECORD**

The following are the parties and their respective attorneys of record:

1. Plaintiffs, Coast to Coast Title, LLC, SOL City Title, LLC, Magnolia Title Arkansas, Ltd., Magnolia Title Florida, LLC, The Peabody Bulldog, LLC and John Magness, are represented by:

    Simon W. Hendershot, III
    Texas Bar No. 09417200
    *trey@hchlawyers.com*
    Ian F. McNeil
    Texas Bar No. 24041459
    *IMcNeil@hchlawyers.com*
    Philip D. Racusin
    Texas Bar No. 24054267
    *pracusin@hchlawyers.com*
    HENDERSHOT COWART P.C.
    1800 Bering Drive, Suite 600
    Houston, Texas 77057
    Telephone: (713) 783-3110
    Facsimile: (713) 783-2809

2. Defendant, Tyrrell L. Garth and Phillip H. Clayton, is represented by:

>W. Jackson Wisdom
>Texas Bar No. 21804025
>Federal Bar No. 15499
>*wisdom@mdjwlaw.com*
>James M. Cleary, Jr.
>Texas Bar No. 00783838
>Federal Bar No. 15499
>*cleary@mdjwlaw.com*
>MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
>808 Travis Street, Suite 1100
>Houston, Texas 77002
>Telephone: (713) 632-1700
>Facsimile: (713) 222-0101

3. Defendants, Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC, Brian A. Brewer and Laurie Cooper, are represented by:

>Steven C. Earl
>Texas Bar No. 24002028
>*Steven@woodlandstxlawfirm.com*
>James E. Graham
>Texas Bar No. 24102973
>*Jim@woodlandstxlawfirm.com*
>STILWELL, EARL & APOSTOLAKIS LLP
>128 Vision Park Blvd., Suite 140
>Shenandoah, Texas 77384
>Telephone: (281) 419-6200
>Facsimile: (281) 419-0250

4. Defendant TingleMerrett, LLP, is represented by:

>Michelle E. Gray
>Texas Bar No. 24078586
>*mgray@foglerbrar.com*
>FOGLER BRAR O'NEIL GRAY, LLP
>2 Houston Center
>909 Fannin, Suite 1640
>Houston, Texas 77010
>Telephone: (713) 481-1010
>Facsimile: (713) 574-3224