IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG, LLC, AND JOHN MAGNESS<br><br>    Plaintiffs<br><br>v.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: _____ |

## NOTICE OF CONSENT TO REMOVAL

Defendant, TingleMerrett, LLP (improperly named as "TingleMerritt, LLP") files this Notice of Consent to Removal pursuant to 28 U.S.C. § 1446(b), and states that it has received the Notice of Removal of Defendant Tyrell L. Garth and hereby consents to and joins in that removal.

Respectfully submitted,

FOGLER BRAR O'NEIL GRAY, LLP

By: _/s/ Michelle E. Gray_____
Michelle E. Gray
State Bar No. 24078586

2 Houston Center
909 Fannin, Suite 1640
Houston, Texas 77010
Telephone: (713) 481-1010
Facsimile:  (713) 574-3224
*E-Mail: mgray@foglerbrar.com*

ATTORNEY FOR DEFENDANT,
TINGLEMERRETT, LLP