IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG, LLC, AND JOHN MAGNESS<br><br>    Plaintiffs<br><br>v.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: _____ |

## NOTICE OF CONSENT TO REMOVAL

Defendants, Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC, Brian A. Brewer, and Laurie Cooper (subject to her special appearance) file this Notice of Consent to Removal pursuant to 28 U.S.C. § 1446(b), and state that they have received the Notice of Removal of Defendant Tyrrell L. Garth and hereby consent to and join in that removal.

Respectfully submitted,

STILLWELL, EARL & APOSTOLAKIS, LLP

By: /s/
Steven C. Earl
State Bar No. 24002028
James E. Graham
State Bar No. 24102973
128 Vision Park Blvd., Suite 140
Shenandoah, Texas 77384
Telephone: (281) 419-6200
Facsimile: (281) 419-0250
*E-Mail: steven@woodlandstxlawfirm.com*
*E-Mail: jim@woodlandstxlawfirm.com*

ATTORNEYS FOR DEFENDANTS,
STARREX TITLE FLORIDA, LLC,
MARKETSTREET CAPITAL PARTNERS, LLC,
MARKETSTREET CAPITAL PARTNERS AR, LLC, BRIAN A. BREWER AND LAURIE COOPER (SUBJECT TO HER SPECIAL APPEARANCE)

2