IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS | § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | CIVIL ACTION NO.:4:24-cv-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER | § § § § § § § § § § § § § | |
| *Defendants.* | § | |

### Declaration of Laurie Cooper

1. My name is Laurie Cooper. My birthdate is March 5, 1964. My address is <u>235 Cocoanut Ave. Sarasota, FL 34236</u>. I have personal knowledge of the facts stated in this declaration.
2. I am a citizen and resident of the State of Florida. I personal knowledge of many of the facts stated herein.
3. I am not now and have never been a resident of or domiciled in Texas.
4. I do not have a bank account in Texas;
5. I have not formed or operated a business in Texas;
6. Neither my employment nor employer is located in Texas;

7. I did not owe a fiduciary duty to a Texas plaintiff, but to entities which have never registered to do business in Texas;
8. I do not own any Texas entities or businesses;
9. I did not advertise or solicit business from Texas residents;
10. I do not maintain any agents for service of process in Texas.
11. I do not own an interest in any assets in Texas.
12. I have never had employees in Texas;
13. I have never applied for or obtained any professional or occupational licenses in Texas;
14. I have not entered into any contract in Texas.
15. I do not have any contracts with Texas entities for performing services in Texas;
16. I have not consented to jurisdiction in Texas and Texas asserting jurisdiction over me was not reasonably foreseeable;
17. I have not committed a tort, in whole or in part, in Texas;
18. I have not purposefully availed myself of the privileges and benefits of conducting business in Texas;

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED on August 1, 2024, in Sarasota Florida.

_____
Laurie Cooper