

**SE&A** LLP

STILWELL, EARL & APOSTOLAKIS LLP

James H. Stilwell
Steven C. Earl
Robin L. Apostolakis*
*Board Certified Estate Planning & Probate
Texas Board of Legal Specialization

Direct Dial  281.419.6200
Direct Fax  281.419.0250

August 6, 2024

<u>VIA E-FILE</u>
Southern District of Texas
United States District Court
515 Rusk Street
Houston, Texas 77002

Re:     4:24-cv-2767; 2024 Attorney Vacation Schedule Request

Dear Judge Rosenthal:

Below please find the 2024 Attorney Vacation Schedule Request for filing for:

Steven C. Earl
Stilwell, Earl & Apostolakis, L.L.P.
State Bar No. 24002028
128 Vision Park Blvd., Suite 140
Shenandoah, Texas 77384
Telephone: (281) 419-6200

Weeks requested:

September 16, 2024 through September 20, 2024
September 30, 2024 through October 4, 2024

Please do not schedule or set any trials, hearings or other matters during these times. Thank you

for your kind assistance in this matter.

Very truly yours,

Steven C. Earl