# EXHIBIT A

| | |
|---|---|
| **From:** | Philip Racusin |
| **To:** | Elizabeth Garcia |
| **Subject:** | FW: Re. Coast to Coast et. al |
| **Date:** | Monday, September 23, 2024 4:25:30 PM |

**From:** Jim Graham <jim@woodlandstxlawfirm.com>
**Sent:** Wednesday, September 11, 2024 11:22 AM
**To:** Philip Racusin <pracusin@hchlawyers.com>
**Cc:** Steven Earl <steven@woodlandstxlawfirm.com>; Heather Scott <heather@woodlandstxlawfirm.com>
**Subject:** Re. Coast to Coast et. al

Philip,
Regarding the late file request, Laurie Cooper has permitted us to agree to extend the response deadline to September 20, 2024. You may indicate our agreement in a request for leave to late filing the response to our motion to dismiss.

As to mediation dates, we and our Clients are available on October 29-30. I will copy these dates out in a separate email to all parties.

Best Regards,

*James E. Graham*

James E. Graham
Attorney & Counselor at Law



Stilwell, Earl & Apostolakis, LLP
128 Vision Park Blvd.
Suite 140
Shenandoah, Texas 77834
Ph: 281-419-6200 Fax: 281-419-0250
jim@woodlandstxlawfirm.com

This e-mail and any files transmitted with it may contain privileged and confidential information and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail or any of its attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sending individual or entity by e-mail and permanently delete the original e-mail and attachment(s) from your computer system. Thank you for your cooperation.