# EXHIBIT B

| | |
|---|---|
| **From:** | Elizabeth Garcia |
| **To:** | lisa_eddins@txs.uscourts.gov |
| **Cc:** | Philip Racusin; NetDocs Mailbox; heather@woodlandstxlawfirm.com; jim@woodlandstxlawfirm.com; steven@woodlandstxlawfirm.com |
| **Subject:** | Case No. 4:24-cv-02767 | Coast to Coast Title, LLC, et al. vs. Tyrell L. Garth, et al. - 005942.01 |
| **Date:** | Wednesday, September 11, 2024 12:29:00 PM |
| **Attachments:** | image001.png |

Please let this email serve as notice that parties have agreed to extend the response deadline to Laurie Cooper's Motion to Dismiss to September 20, 2024.

**ELIZABETH T. GARCIA**

Paralegal



1800 Bering Drive, Suite 600 | Houston, Texas 77057

**P:** 713.783.3110 | **F:** 713.783.2809

www.hchlawyers.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should DELETE this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.