**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-02767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § | |

**ORDER GRANTING PLAINTIFF'S LEAVE OF COURT TO LATE FILE RESPONSE TO DEFENDANT LAURIE COOPER'S MOTION TO DISMISS**

The Plaintiffs' Motion for Leave of Court to Late File Their Response to Defendant Laurie Cooper's Motion to Dismiss is granted. (Docket Entry No. 8). The Plaintiffs' Response to Laurie Cooper's Motion to Dismiss (Docket Entry No. 7) will be filed and considered.

SIGNED on _____, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge