**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| **COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS** *Plaintiffs,* § § § § § § § § § § § | |
| V. § § | **CIVIL ACTION NO.: 4:24-cv-02767** |
| **TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC, AND BRIAN A. BREWER** *Defendants.* § § § § § § § § § § § § § § § § § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties, the undersigned counsel of record certifies that the following listed persons and entities have a financial interest in the outcome of this litigation:

1. Coast to Coast Title, LLC (Plaintiff)
2. Sol City Title, LLC (Plaintiff)
3. Magnolia Title Florida, LLC (Plaintiff)

4. Magnolia Title Arkansas, Ltd. (Plaintiff)

5. Peabody Bulldog, LLC (Plaintiff)

6. John Magness (Plaintiff)

7. Coast to Coast Title, LLC

8. Hendershot Cowart P.C. (Counsel for Plaintiffs)

9. Simon W. Hendershot, III (Counsel for Plaintiffs)

10. Philip D. Racusin (Counsel for Plaintiffs)

11. HMH Title Investments, LLC (Anticipated Intervenor)

12. HMH Lifestyles, L.P. d/b/a HistoryMaker Homes (Anticipated Intervenor)

13. BNMJR, Inc. (Manager of Anticipated Intervenor)

14. B. Nelson Mitchell, Jr. (Manager of BNMJR, Inc.)

15. GF Insurance Investments, LLC (Partial Owner of One or More Defendants)

16. #6 Metz Court, LLC (Partial Owner of One or More Defendants)

17. Alphabet Investments, LLC (Partial Owner of One or More Defendants)

18. Rabbitt Food, LLC (Partial Owner of One or More Defendants)

19. Sarah Blackburn (Manager/Owner of Rabbit Food, LLC)

20. Beau Blackburn (Owner of Rabbit Food, LLC)

21. 405 Manhattan Investments, LLC (Partial Owner of One or More Defendants)

22. Alyse Angelle (Manager of 405 Manhattan Investments, LLC)

23. Tyrell L. Garth (Defendant)

24. Phillip H. Clayton (Defendant)

25. Beck Redden LLP (Counsel for Defendants Garth and P.H. Clayton)

26. Alexander Fields (Counsel for Defendants Garth and P.H. Clayton)

27. Amy Parker Beeson (Counsel for Defendants Garth and P.H. Clayton)

28. Kaitie Sorenson (Counsel for Defendants Garth and P.H. Clayton)

29. Debbie Merritt (Defendant)

30. Matthew D. Hill (Defendant)

31. Charles Burns (Defendant)

32. P. Garrett Clayton (Defendant)

33. Scott M. Reeves (Defendant)

34. Starrex International, Ltd. (Plaintiff/Counter-Defendant in Related Litigation)

35. Starrex Insurance Holdings, Inc. (Plaintiff/Counter-Defendant in Related Litigation)

36. Starrex Holdings, Inc. (Plaintiff/Counter-Defendant in Related Litigation)

37. Starrex Insurance Services, Inc. (Plaintiff/Counter-Defendant in Related Litigation)

38. Starrex Technical Services, LLC (Third-Party Defendant in Related Litigation)

39. Porter Hedges LLP (Counsel for Defendants Merritt, Hill, Burns, Clayton, Reeves, Starrex International, Ltd., Starrex Insurance Holdings, Inc., Starrex Holdings, Inc., Starrex Insurance Services, Inc., and Starrex Technical Services, LLC)

40. Eric D. Wade (Counsel for Defendants Merritt, Hill, Burns, Clayton, Reeves, Starrex International, Ltd., Starrex Insurance Holdings, Inc., Starrex Holdings, Inc., Starrex Insurance Services, Inc., and Starrex Technical Services, LLC)

41. M. Harris Stamey (Counsel for Defendants Merritt, Hill, Burns, Clayton, Reeves, Starrex International, Ltd., Starrex Insurance Holdings, Inc., Starrex Holdings, Inc., Starrex Insurance Services, Inc., and Starrex Technical Services, LLC)

42. Mary Anna H. Rutledge (Counsel for Defendants Merritt, Hill, Burns, Clayton, Reeves, Starrex International, Ltd., Starrex Insurance Holdings, Inc., Starrex Holdings, Inc., Starrex Insurance Services, Inc., and Starrex Technical Services, LLC)

43. Sage L. Knapp (Counsel for Defendants Merritt, Hill, Burns, Clayton, Reeves, Starrex International, Ltd., Starrex Insurance Holdings, Inc., Starrex Holdings, Inc., Starrex Insurance Services, Inc., and Starrex Technical Services, LLC)

44. Ariane E. Young (Defendant)

45. TingleMerrett, LLP (Defendant)

46. Fogler, Brar, O'Neil & Gray, LLP (Counsel for Defendants TingleMerrett, LLP and Young)

47. Michelle E. Gray (Counsel for Defendants TingleMerrett, LLP and Young)

48. Deborah C. Milner (Counsel for Defendants TingleMerrett, LLP and Young)

49. Laurie Cooper (Defendant)

50. Brian A. Brewer (Defendant)

51. Starrex Title Florida, LLC (Defendant)

52. Marketstreet Capital Partners, LLC (Defendant)

53. Marketstreet Capital Partners AR, LLC (Defendant)

54. Stilwell, Earl & Apostolakis, L.L.P. (Counsel for Defendants Cooper, Brewer, Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, and Marketstreet Capital Partners AR, LLC)

55. Steven C. Earl (Counsel for Defendants Cooper, Brewer, Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, and Marketstreet Capital Partners AR, LLC)

56. Jim Graham (Counsel for Defendants Cooper, Brewer, Starrex Title Florida, LLC, Marketstreet Capital Partners, LLC, and Marketstreet Capital Partners AR, LLC)

Starrex International, Ltd. is a publicly traded company dual-listed on the Canadian Securities Exchange under ticker symbol "STX" and the OTC Markets Group, Inc. OTCQB under the ticker symbol "STXMF." As of September 6, 2024, Starrex International, Ltd. became subject to a Cease Trade Order issued by one or more Canadian securities commissions and its trading activity was suspended under a regulatory halt (National Instrument 23-101 Trading Rules) pursuant to Canadian Securities Exchange Policy 3.

These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal. Plaintiffs certify that they will file an amended Certificate of Interested Parties should any new parties, persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation be identified during the pendency of this litigation.

Dated: September 25, 2024

Respectfully submitted,

**HENDERSHOT COWART P.C.**

By: <u>*/s/ Simon W. Hendershot, III*</u>
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
Philip D. Racusin
SBN: 24054267
pracusin@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile:  (713) 783-2809
***ATTORNEYS FOR PLAINTIFFS COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC AND JOHN MAGNESS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, a copy of the foregoing document was served on all counsel of record via the Court's ECF system.

<u>*/s/ Philip D. Racusin*</u>
Philip D. Racusin