IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC; SOL CITY TITLE, LLC; MAGNOLIA TITLE ARKANSAS, LTD.; MAGNOLIA TITLE FLORIDA, LLC; THE PEABODY BULLDOG, LLC; AND JOHN MAGNESS<br><br>Plaintiffs<br><br>v.<br><br>TYRRELL L. GARTH; PHILLIP H. CLAYTON; DEBBIE MERRITT A/K/A DEBORAH MERRITT; MATTHEW D. HILL; CHARLES BURNS; P. GARRETT CLAYTON; SCOTT M. REEVES; ARIANE E. YOUNG; TINGLEMERRITT, LLP; STARREX TITLE FLORIDA, LLC; LAURIE COOPER; MARKETSTREET CAPITAL PARTNERS, LLC; MAKETSTREET CAPITAL PARTNERS AR, LLC; AND BRIAN A. BREWER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-02767 |

**DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. GLAYTON'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION COUNSEL**

Pursuant to Local Rule 83.2, Defendants Tyrrell L. Garth ("Garth") and Phillip H. Clayton ("Clayton") file this Unopposed Motion for Withdrawal and Substitution of Counsel as follows:

1. W. Jackson Wisdom and James M. Cleary, Jr. of Martin, Disiere, Jefferson & Wisdom, L.L.P. appeared as counsel of record for Defendants Garth and Clayton on July 25, 2024. Dkt. No. 1. A conflict has since been identified that precludes Mr. Wisdom and Mr. Cleary from continuing to serve in that capacity.

2670987

2. On September 18, 2024, Garth and Clayton retained Fields Alexander, Amy Parker Beeson, and Kaitie Sorenson of Beck Redden LLP to serve as substitute counsel of record in this matter.

3. Garth and Clayton are therefore respectfully requesting that Mr. Wisdom and Mr. Cleary of Martin, Disiere, Jefferson & Wisdom, L.L.P. be permitted to withdraw from the representation and that Mr. Alexander, Ms. Beeson, and Ms. Sorenson of Beck Redden LLP be substituted as counsel of record for all purposes.

4. Garth and Clayton request that following the withdrawal and substitution sought herein, that copies of all pleadings, discovery, notices, correspondence, motions, orders, and all other documents relating to this action be served upon Mr. Alexander, Ms. Beeson, and Ms. Sorenson as follows:

> Fields Alexander
> falexander@beckredden.com
> Amy Parker Beeson
> abeeson@beckredden.com
> Kaitie Sorenson
> ksorenson@beckredden.com
> BECK REDDEN LLP
> 1221 McKinney Street, Suite 4500
> Houston, Texas 77010-2010
> Telephone: (713) 951-3700
> Facsimile: (713) 951-3720

5. The requested withdrawal and substitution are being sought for good cause, not for purposes of delay, and will not impact the progress of this case.

### PRAYER

For the reasons set forth herein, Defendants Tyrrell L. Garth and Phillip H. Clayton respectfully request that the Court enter the proposed order submitted concurrently herewith granting this Unopposed Motion for Withdrawal and Substitution of Counsel permitting Fields Alexander, Amy Parker Beeson, and Kaitie Sorenson of Beck Redden LLP to be substituted as

2670987

counsel of record for Tyrrell L. Garth and Phillip H. Clayton in place of W. Jackson Wisdom and James M. Cleary, Jr. of Martin, Disiere, Jefferson & Wisdom, L.L.P. and permitting Mr. Wisdom and Mr. Cleary to withdraw.

Dated: September 26, 2024

Respectfully submitted,

**BECK REDDEN LLP**

By: /s/ Fields Alexander
    Fields Alexander – *Attorney in Charge*
    State Bar No. 00783528
    Federal Bar No. 16427
    falexander@beckredden.com
    Amy Parker Beeson – *of Counsel*
    State Bar No. 24051156
    Federal Bar No. 626178
    abeeson@beckredden.com
    Katie Sorenson – *of Counsel*
    State Bar No. 24128633
    Federal Bar No. 3859186
    ksorenson@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

ATTORNEYS FOR DEFENDANTS
TYRRELL L. GARTH AND PHILLIP H.
CLAYTON

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I served the foregoing notice via the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Amy Parker Beeson
    Amy Parker Beeson

2670987

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 25, 2024, I conferred with all counsel of record, and confirmed that they are unopposed to the relief sought herein.

By: */s/ Amy Parker Beeson*
Amy Parker Beeson