IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC; SOL CITY TITLE, LLC; MAGNOLIA TITLE ARKANSAS, LTD.; MAGNOLIA TITLE FLORIDA, LLC; THE PEABODY BULLDOG, LLC; AND JOHN MAGNESS<br><br>Plaintiffs<br><br>v.<br><br>TYRRELL L. GARTH; PHILLIP H. CLAYTON; DEBBIE MERRITT A/K/A DEBORAH MERRITT; MATTHEW D. HILL; CHARLES BURNS; P. GARRETT CLAYTON; SCOTT M. REEVES; ARIANE E. YOUNG; TINGLEMERRITT, LLP; STARREX TITLE FLORIDA, LLC; LAURIE COOPER; MARKETSTREET CAPITAL PARTNERS, LLC; MAKETSTREET CAPITAL PARTNERS AR, LLC; AND BRIAN A. BREWER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-02767 |

## ORDER GRANTING DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. GLAYTON'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION COUNSEL

Defendants Tyrrell L. Garth and Phillip H. Clayton's Unopposed Motion to Withdraw and Substitute Counsel is hereby GRANTED.

Fields Alexander, Amy Parker Beeson, and Kaitie Sorenson of Beck Redden LLP are accordingly substituted as counsel of record for Tyrrell L. Garth and Phillip H. Clayton in place of W. Jackson Wisdom and James M. Cleary, Jr. of Martin, Disiere, Jefferson & Wisdom, L.L.P. Mr. Wisdom and Mr. Cleary are permitted to withdraw.

2671975

2

All further pleadings, discovery, notices, correspondence, motions, orders, and all other documents relating to this action be served accordingly.

SIGNED this ____ day of September, 2024.

_____
The Honorable Lee H. Rosenthal
United States District Judge

2671975