## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Coast to Coast Title, LLC, et al.

v.                                        Case Number: 4:24−cv−02767

Tyrell L. Garth, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/12/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:    September 30, 2024

Nathan Ochsner, Clerk