Case 4:24-cv-02767   Document 12   Filed on 10/01/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br>*Defendants.* | CIVIL ACTION NO.:4:24-cv-02767 |

### ORDER GRANTING PLAINTIFF'S LEAVE OF COURT TO LATE FILE RESPONSE TO DEFENDANT LAURIE COOPER'S MOTION TO DISMISS

The Plaintiffs' Motion for Leave of Court to Late File Their Response to Defendant Laurie Cooper's Motion to Dismiss is granted.  (Docket Entry No. 8).  The Plaintiffs' Response to Laurie Cooper's Motion to Dismiss (Docket Entry No. 7) will be filed and considered.

SIGNED on October 01, 2024 _____, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge