IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC; SOL CITY TITLE, LLC; MAGNOLIA TITLE ARKANSAS, LTD.; MAGNOLIA TITLE FLORIDA, LLC; THE PEABODY BULLDOG, LLC; AND JOHN MAGNESS<br><br>Plaintiffs<br><br>v.<br><br>TYRRELL L. GARTH; PHILLIP H. CLAYTON; DEBBIE MERRITT A/K/A DEBORAH MERRITT; MATTHEW D. HILL; CHARLES BURNS; P. GARRETT CLAYTON; SCOTT M. REEVES; ARIANE E. YOUNG; TINGLEMERRITT, LLP; STARREX TITLE FLORIDA, LLC; LAURIE COOPER; MARKETSTREET CAPITAL PARTNERS, LLC; MAKETSTREET CAPITAL PARTNERS AR, LLC; AND BRIAN A. BREWER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-02767 |

NOTICE OF APPEARANCE FOR DEFENDANTS
TYRRELL L. GARTH AND PHILLIP H. CLAYTON

Notice is hereby given that the undersigned attorney, Fields Alexander of Beck Redden LLP, 1221 McKinney Street, Suite 4500, Houston, Texas 77010, telephone (713) 951-3700, Texas State Bar No. 00783528, is entering an appearance as counsel of record on behalf of Defendants **TYRRELL L. GARTH AND PHILLIP H. CLAYTON** in the above-captioned matter. Copies of all pleadings, discovery, notices, correspondence, motions, orders, and all other documents relating to this action are requested to be served on Mr. Alexander as follows:

Fields Alexander<br>
falexander@beckredden.com<br>
BECK REDDEN LLP<br>
1221 McKinney Street, Suite 4500<br>
Houston, Texas 77010-2010<br>
Telephone: (713) 951-3700<br>
Facsimile: (713) 951-3720

Dated: October 8, 2024

        Respectfully submitted,

        **BECK REDDEN LLP**

        By: */s/ Fields Alexander*
            Fields Alexander – *Attorney in Charge*
            State Bar No. 00783528
            Federal Bar No. 16427
            falexander@beckredden.com
        1221 McKinney Street, Suite 4500
        Houston, Texas 77010-2010
        Telephone: (713) 951-3700
        Facsimile: (713) 951-3720

        ATTORNEYS FOR DEFENDANTS
        TYRRELL L. GARTH AND PHILLIP H.
        CLAYTON

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 8, 2024, I served the foregoing notice via the CM/ECF system, which will provide notice to all parties of record.

        By */s/ Fields Alexander*
           Fields Alexander