IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-24-2767 |
| TYRRELL L. GARTH, *et al.*, | § § § | |
| Defendants. | § § § § | |

# ORDER

Two defendants in this case, Tyrrell L. Garth and Phillip H. Clayton, filed an unopposed motion for withdrawal and substitution of counsel. (Docket Entry No. 10). The motion is granted. W. Jackson Wisdom and James M. Cleary, Jr., of the law firm Martin, Disiere, Jefferson & Wisdom, LLP, are withdrawn as counsel of record for Mr. Garth and Mr. Clayton. Fields Alexander, Amy Parker Beeson, and Kaitie Sorenson, of the law firm Beck Redden, LLP, are designated as counsel of record for Mr. Garth and Mr. Clayton.

SIGNED on October 8, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge