IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS<br><br>Plaintiffs,<br><br>v.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL<br><br>Defendants. | CIVIL ACTION NO.:4:24-CV-2767 |

### ORDER GRANTING [DOC15] DEFENDANT LAURIE COOPER'S MOTION TO STRIKE INADMISSIBLE STATEMENTS IN PLAINTIFFS' DECLARATION OF BRITT NAPONIC

On this day the Court considered the Motion to Strike [DOC15], and any timely filed response and reply. The Court GRANTS the Motion [DOC15].

_____      Date:_____
HONORABLE JUDGE ROSENTHAL