IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-CV-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A/ DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS BURNS AND REEVES'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

On this day, the Court considered Defendants Charles Burns ("Burns") and Scott M. Reeves' ("Reeves") Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), whereby Burns and Reeves moved the Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss all claims and causes of action asserted against them by Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, Ltd., and Magnolia Title Florida, LLC ("Magnolia Plaintiffs") on the grounds that Burns and Reeves are not subject to the personal jurisdiction of this Court. After considering the pleadings, the Motion, and the evidence presented,

15636886

the Court is of the opinion that it does not have personal jurisdiction over Burns and Reeves and that the Motion should be **GRANTED** in its entirety. It is therefore

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that all claims and causes of action asserted against Charles Burns and Scott Reeves in the above-captioned proceeding are hereby DISMISSED for want of personal jurisdiction.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING

15636886