# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-CV-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A/ DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## Declaration of Charles Burns

1. My name is Charles Burns. My birthdate is May 27, 1962. I am over the age of 18 years. I have never been convicted of a felony or crime involving moral turpitude. I am fully competent to make this declaration. I have personal knowledge of all the facts stated herein, and the statements herein are true and correct. My address is 1400 King Vaughan Road, Maple, Ontario, Canada, L6A 2A5.

2. I am a citizen and resident of Canada. I currently reside in Maple, Ontario, Canada.

3. I have served as a Director of the Board of Starrex International Ltd. ("Starrex") since approximately 2003. I have served as the CEO of Starrex since February 6, 2024.

4. I do not work in Texas. I do not own real or personal property in Texas or pay taxes in Texas. do not maintain any mailing addresses, phone numbers, bank accounts, or insurance policies in the forum state. I have not been in the state of Texas for any reason in the past 10 years.

EXHIBIT A

15635551

I declare under penalty of perjury under the laws of the United States and Canada that the foregoing is true and correct.

Signed on this 28th day of October, 2024 in Ontario, Canada.

*Charles Burns*
_____
Charles Burns