IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-cv-00572 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A/ DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS CHARLES BURNS, P. GARRETT CLAYTON, MATTHEW D. HILL, DEBBIE MERRITT, AND SCOTT M. REEVES' MOTION TO DISMISS CLAIMS IN PLAINTIFFS' ORIGINAL PETITION, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

On this day, the Court considered Defendants P. Garrett Clayton, Matthew D. Hill, Debbie Merritt a/k/a Deborah Merritt, Charles Burns and Scott M. Reeves'[1] (collectively, "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), seeking dismissal

---

[1] Defendants Burns and Reeves joined in the Motion subject to and without waiver of their objection to this Court's exercise of personal jurisdiction as set forth in their Rule 12(b)(2) Motion filed on October 28, 2024 (Docket No. 019).

15636884

of all of Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, Ltd., and Magnolia Title Florida, LLC's claims and causes of actions against them as set forth in Plaintiffs' Original Petition. After considering the pleadings, the motion to dismiss, and the argument of counsel (if any), the Court is of the opinion that the Original Petition fails to state a claim on which relief can be granted over Defendants, and thus the Defendants' Motion should be **GRANTED** in its entirety.  It is therefore

      **ORDERED** that the Motion is **GRANTED**.  It is further

      **ORDERED** that all claims and causes of action asserted against Defendants Garrett Clayton, Matthew D. Hill, Debbie Merritt a/k/a Deborah Merritt, Charles Burns and Scott M. Reeves in the above-captioned proceeding are hereby DISMISSED for failure to state a claim upon which relief can be granted.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING

15636884