IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC; MARKETSTREET CAPITAL PARTNERS, LLC AND BRIAN A. BREWER<br>*Plaintiffs.* | CIVIL ACTION NO.: 4:24-cv-02767 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT TINGLEMERRETT, LLP**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, LLC, Magnolia Title Florida, LLC, The Peabody Bulldog LLC, and John Magness (collectively, "Plaintiffs") hereby give notice that they voluntarily dismiss all claims against Defendant TingleMerrett, LLP only <u>without prejudice to refiling</u>.

Dated: November 4, 2024

                                              Respectfully submitted,

                                              **HENDERSHOT COWART P.C.**

                                          By: _/s/ Simon W. Hendershot, III_
                                                    SIMON W. HENDERSHOT, III
                                                    SBN: 09417200
                                                    trey@hchlawyers.com
                                                    Philip D. Racusin
                                                    SBN: 24054267
                                                    pracusin@hchlawyers.com
                                                    1800 Bering Drive, Suite 600
                                                    Houston, Texas 77057
                                                    Telephone: (713) 783-3110
                                                    Facsimile: (713) 783-2809
                                                    ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing *Motion to Dismiss without Prejudice of Defendant TingleMerrett, LLP* was served on November 4, 2024 on all counsel of record.

                                                     _s/Philip Racusin_
                                                     Philip Racusin