# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS § § § § § § Plaintiffs, § § v. § § TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A/ DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER § § § § § § § § § § § § § § § Defendants. § | Civil Action No. 4:24-CV-2767 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

This is notice that the following counsel Mary Anna H. Rutledge is appearing in this case for Defendants Charles Burns, P. Garrett Clayton, Matthew D. Hill, Debbie Merritt a/k/a Debrorah Merritt, and Scott M. Reeves. Eric Wade will continue as attorney-in-charge. Ms. Rutledge's contact information is:

15649472

Mary Anna H. Rutledge
State Bar No. 24096149
Federal Bar No. 3399718
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6658
Facsimile: (713) 226-6258
Mrutledge@porterhedges.com

Dated: November 5, 2024.

Respectfully submitted,

By: /s/ Eric D. Wade
    Eric D. Wade
    ***Attorney in Charge***
    State Bar No. 00794802
    Federal Bar ID: 21401
    Stephen Lee
    State Bar No. 791092
    Federal Bar ID: 18313
    Mary Anna H. Rutledge
    State Bar No. 24096149
    Federal Bar ID: 3399718
    Nabeela Arshi
    State Bar No. 24134422
    Federal Bar ID: 3872081
    **PORTER HEDGES LLP**
    1000 Main Street, 36th Floor
    Houston, TX  77002-6336
    Telephone: 713-226-6655
    Facsimile:  713-226-6255

    EWade@porterhedges.com
    SLee@porterhedges.com
    MRutledge@porterhedges.com
    NArshi@porterhedges.com

**ATTORNEYS FOR DEFENDANTS CHARLES BURNS, P. GARRETT CLAYTON, MATTHEW D. HILL, DEBBIE MERRITT, AND SCOTT M. REEVES**

15649472

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF.

Simon W. Hendershot, III
Ian F. McNeil
Philip D. Racusin
**HENDERSHOT COWARD P.C.**
1800 Bering Drive, Suite 600
Houston, TX 77057
Trey@hchlawyers.com
IMcNeil@hchlawyers.com
Pracusin@hchlawyers.com

**ATTORNEYS FOR PLAINTIFFS**

Steven C. Earl
James E. Graham
**STILWELL, EARL & APOSTOLAKIS, LLP**
128 Vision Park Blvd., Suite 140
Shenandoah, Texas 77384
steven@woodlandstxlawfirm.com
jim@woodlandstxlawfirm.com

**ATTORNEYS FOR DEFENDANTS, STARREX TITLE FLORIDA, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC, BRIAN A. BREWER AND LAURIE COOPER**

Michelle E. Gray
**FOGLER BRAR O'NEIL GRAY, LLP**
2 Houston Center
909 Fanin, Suite 1640
Houston, TX 77010
Mgray@foglerbrar.com

**ATTORNEY FOR DEFENDANT TINGLEMERRETT, LLP**

Fields Alexander
Amy Parker Beeson
Katie Sorenson
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
falexander@beckredden.com
abeeson@beckredden.com
ksorenson@beckredden.com

**ATTORNEYS FOR DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. CLAYTON**

                                                                      */s/ Mary Anna H. Rutledge*
                                                                     Mary Anna H. Rutledge

15649472