Case 4:24-cv-02767 Document 23 Filed on 11/05/24 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-24-2767 |
| TYRRELL L. GARTH, *et al.*, | § § § | |
| Defendants. | § § § § | |

## ORDER OF VOLUNTARY DISMISSAL

On the plaintiffs' notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against Defendant TingleMerrett, LLP, are dismissed without prejudice. (Docket Entry No. 21).

SIGNED on November 5, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge