**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS**<br>*Plaintiffs* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO.: 4:24-cv-2767 |
| **TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC; MARKETSTREET CAPITAL PARTNERS, LLC AND BRIAN A. BREWER**<br>*Plaintiffs.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CHARLES BURNS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, LLC, Magnolia Title Florida, LLC, The Peabody Bulldog LLC, and John Magness (collectively, "Plaintiffs") hereby give notice that they voluntarily dismiss all claims against Defendant Charles Burns only <u>without prejudice to refiling</u>.

Dated: November 18, 2024

Respectfully submitted,

**HENDERSHOT COWART P.C.**

By: <u>*/s/ Simon W. Hendershot, III*</u>
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
Philip D. Racusin
SBN: 24054267
pracusin@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing *Motion to Dismiss without Prejudice of Defendant Charles Burns* was served on November 18, 2024 on all counsel of record.

<u>*s/Philip Racusin*</u>
Philip Racusin