IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.:4:24-cv-2767 |

## ORDER DENYING DEFENDANT CHARLES BURNS AND SCOTT REEVES' MOTION TO DISMISS

After considering Charles Burns and Scott Reeves' Motion to Dismiss, the response, the reply, if any, and the evidence presented, the Court DENIES the Motion.

As Charles Burns has already been voluntarily dismissed without prejudice by Plaintiffs, the MOTION is MOOT as to Charles Burns.

It is so ORDERED.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE