IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.:4:24-cv-2767 |

## ORDER DENYING DEFENDANTS CHARLES BURNS, P. GARRETT CLAYTON, MATTHEW D. HILL, DEBBIE MERRITT, AND SCOTT M. REEVES' MOTION TO DISMISS PURSUANT TO RULES 12(B)(6) AND RULE 9(B)

After considering Defendant Charles Burns, Garrett Clayton, Matthew D. Hill, Debbie Merritt, and Scott Reeves' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), the response, the reply, if any, and the evidence presented, the Court DENIES the Motion.   It is so ORDERED.

SIGNED this ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE