**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC; SOL CITY TITLE, LLC; MAGNOLIA TITLE ARKANSAS, LTD.; MAGNOLIA TITLE FLORIDA, LLC; THE PEABODY BULLDOG LLC; AND JOHN MAGNESS** | § § § § § § | |
| | § | |
| *Plaintiffs,* | § § § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-02767** |
| | § | |
| **TYRRELL L. GARTH; PHILLIP H. CLAYTON; DEBBIE MERRITT A/K/A DEBORAH MERRITT; MATTHEW D. HILL;  P. GARRETT CLAYTON; SCOTT M. REEVES; ARIANE E. YOUNG; STARREX TITLE FLORIDA, LLC; LAURIE COOPER; MARKETSTREET CAPITAL PARTNERS, LLC; MARKETSTREET CAPITAL PARTNERS AR, LLC,; AND BRIAN A. BREWER** | § § § § § § § § § § § § § § | |
| | § | |
| *Defendants.* | § | |

---

**DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. CLAYTON'S**
**CERTIFICATE OF INTERESTED PARTIES**

---

Pursuant the Court's Order for Conference and Disclosure of Interested Parties, the undersigned counsel of record certifies that in addition to the named parties, the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, including any unincorporated entities such as LLCs or LLPs, are financially interested in the outcome of this litigation:

1.    All Parties

2.    HMH Title Investments, LLC, Partial Owner of One or More Plaintiffs

3.    HMH Lifestyles, L.P. d/b/a HistoryMaker Homes

4.    BNMJR, Inc., Manager of HMH Title Investments, LLC

5.    B. Nelson Mitchell, Jr.

6.    GF Insurance Investments, LLC, Partial Owner of One or More Plaintiffs

7.    Alphabet Investments, LLC, Partial Owner of One or More Plaintiffs

8.    Rabbit Food, LLC, Partial Owner of One or More Plaintiffs

9.    Sol City Title Managers, LLC, Partial Owner of One or More Plaintiffs

10.    Sarah Blackburn, Manager/Owner of Rabbit Food, LLC

11.    Beau Blackburn, Owner of Rabbit Food, LLC

12.    405 Manhattan Investments, LLC, Partial Owner of One or More Plaintiffs

13.    Superior Am Cap Investments, LLC

These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.  Defendants Garth and Clayton certify that they will file an amended Certificate of Interested Parties should any new parties, persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation be identified during the pendency of this litigation.

Dated: November 28, 2024                    Respectfully submitted,

                                            BECK REDDEN LLP

                                            By:  */s/ Fields Alexander*
                                                 Fields Alexander – *Attorney in Charge*
                                                 State Bar No. 00783528
                                                 Federal Bar No. 16427
                                                 falexander@beckredden.com
                                                 Amy Parker Beeson – *of Counsel*

State Bar No. 24051156
Federal Bar No. 626178
abeeson@beckredden.com
Kaitie Sorenson – *of Counsel*
State Bar No. 24128633
Federal Bar No. 3859186
ksorenson@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone No. (713) 951-3700
Facsimile No. (713) 951-3720

**ATTORNEYS FOR DEFENDANTS
TYRRELL L. GARTH AND
PHILLIP H. CLAYTON**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 28, 2024, I served the foregoing notice via the CM/ECF system, which will provide notice to all parties of record.

By: <u>*/s/ Kaitie Sorenson*</u>
Kaitie Sorenson

3

2714844