AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Coast to Coast, et al. )
*Plaintiff* )
v. ) Case No. 4:24-cv-02767
Tyrell L. Garth, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Ariane Young.

Date: 12/02/2024

*/s/ Deborah C. Milner*
*Attorney's signature*

Deborah C. Milner / 24111392
*Printed name and bar number*

909 Fannin St., Suite 1640,
Houston, Texas 77010
*Address*

cmilner@foglerbrar.com
*E-mail address*

(713) 481-1010
*Telephone number*

(713) 574-3224
*FAX number*