# EXHIBIT L

Sep 5, 2022 12:00:00 AM - Sep 6, 2022 12:00:00 AM

SMS Messages: **2** People: **2** Attachments: **0** Threads: **0**

**John Magness 03:22:42 PM**

I know you are busy, does Phil have a million spent
so far? Don't have to be completely accurate…

**Merritt, Debbie 03:38:29 PM**

Yes

STARREX046226