IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, et al., | § § | |
| Plaintiffs | § § | Civil Action No. 4:24-cv-02767 |
| v. | § § | |
| TYRRELL L. GARTH, et al., | § § | |
| Defendants. | § § § § | |

**ORDER GRANTING DEFENDANTS TYRRELL L. GARTH AND
PHILLIP H. CLAYTON'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

This Court, having considered Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss under Fed. R. Civ. P. 9(b) and 12(b)(6), the documents attached to the motion and thereby incorporated in the pleadings, any responses thereto, the arguments of counsel, and the relevant authorities, has determined that Defendants Garth and Clayton's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Counts 7, 15, 16, 18, 19 and 20 are DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 9(b) and 12(b)(6) as to Defendants Tyrrell L. Garth and Phillip H. Clayton;

It is further ORDERED that Count 17 is DISMISSED WITH PREJUDICE under Federal Rules of Civil procedure 12(b)(6) and 9(b) as to Defendant Tyrrell L. Garth.

2715940

It is so ORDERED.

Signed on this __ day of _____, 2024.

                                                       _____
                                                       Honorable Lee H. Rosenthal
                                                       United States District Judge