IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, *et al.*, § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-24-2767 |
| § | |
| TYRELL L. GARTH, *et al.*, § § | |
| Defendants. § | |

### ORDER

The plaintiffs filed this lawsuit in state court in Harris County, Texas, and it was subsequently removed to federal court. (Docket Entry No. 1). Multiple motions to dismiss the plaintiffs' original petition were filed on behalf of individual or groups of defendants. (Docket Entry Nos. 3, 4, 17, 18, 19, 20, 24). The plaintiffs voluntarily dismissed two defendants: TingleMerritt, LLP, (Docket Entry No. 21), and Charles Burns, (Docket Entry No. 25). On November 18, 2024, the plaintiffs filed an amended complaint. (Docket Entry No. 27). Four motions to dismiss the amended complaint were filed on December 2, 2024. (Docket Entry Nos. 34, 35, 36, 37). The plaintiffs' responses are due December 23, 2024.

The motions to dismiss the plaintiffs' original petition, (Docket Entry Nos. 3, 4, 17, 18, 19, 20, 24), are dismissed as moot. An initial conference and hearing on the motions to dismiss is scheduled for January 31, 2025, at 1:30 P.M. by video. The initial conference scheduled for December 12, 2024, is cancelled.

SIGNED on December 9, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge