**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.: 4:24-cv-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC; MARKETSTREET CAPITAL PARTNERS, LLC AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § § § § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ARIANE E. YOUNG

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, LLC, Magnolia Title Florida, LLC, The Peabody Bulldog LLC, and John Magness (collectively, "Plaintiffs") hereby give notice that they voluntarily dismiss all claims against Defendant Ariane E. Young only without prejudice to refiling.

Dated: December 23, 2024

                                              Respectfully submitted,

                                              **HENDERSHOT COWART P.C.**

                                        By: */s/ Simon W. Hendershot, III*
                                                  SIMON W. HENDERSHOT, III
                                                  SBN: 09417200
                                                  trey@hchlawyers.com
                                                  Philip D. Racusin
                                                  SBN: 24054267
                                                  pracusin@hchlawyers.com
                                                  1800 Bering Drive, Suite 600
                                                  Houston, Texas 77057
                                                  Telephone: (713) 783-3110
                                                  Facsimile: (713) 783-2809
                                                  ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing *Motion to Dismiss without Prejudice of Defendant Ariane E. Young* was served on December 23, 2024 on all counsel of record.

                                                  *s/Philip Racusin*
                                                  Philip Racusin