IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § | |

## **ORDER DENYING DEFENDANT SCOTT REEVES'S MOTION TO DISMISS**

After considering Defendant Scott Reeves' Motion to Dismiss, the response, the reply, if any, and the evidence presented, the Court DENIES the Motion.

It is so ORDERED.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE