IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS HOUSTON
DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-2767 |
| TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § | |

## ORDER SUSTAINING PLAINTIFFS' OBJECTIONS AND DENYING DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. CLAYTON'S MOTION TO DISMISS

After considering Plaintiffs' objections to the evidence attached to Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss, the Court SUSTAINS Plaintiffs' objections and ORDERS that Exhibits A-L are hereby STRICKEN.

Further, after considering Defendant Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss, the response, the reply, if any, and the evidence presented, the Court DENIES the Motion.

It is so ORDERED.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

1