United States District Court
Southern District of Texas
**ENTERED**
December 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, *et al.*, § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-24-2767 |
| § | |
| TYRRELL L. GARTH, *et al.*, § § | |
| Defendants. § § § | |

## ORDER OF VOLUNTARY DISMISSAL

On the plaintiffs' notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against Defendant Charles Burns are dismissed, without prejudice. (Docket Entry No. 25).

SIGNED on December 27, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge