United States District Court
Southern District of Texas

**ENTERED**

January 04, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| COAST TO COAST TITLE, LLC, *et al.*, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-24-2767 |
| | § | |
| TYRRELL L. GARTH, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER OF VOLUNTARY DISMISSAL**

On the plaintiffs' notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against Defendant Ariane E. Young are dismissed, without prejudice. (Docket Entry No. 39). The motion to dismiss filed by Ms. Young, (Docket Entry No. 34), is dismissed as moot.

SIGNED on January 3, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge