## Glenda Hassan

| | |
|---|---|
| **From:** | Wade, Eric D. <EWade@porterhedges.com> |
| **Sent:** | Wednesday, January 29, 2025 10:48 AM |
| **To:** | Glenda Hassan |
| **Cc:** | Philip Racusin |
| **Subject:** | Announcement of Partial Settlement in Case 4:24-cv-2767; Coast to Coast Title, LLC, et al. v. Tyrell L. Garth, et al. |

**CAUTION - EXTERNAL:**

Dear Ms. Hassan

I write to inform the Court that the claims in the above referenced case between the Plaintiffs (represented by Mr. Racusin, cc'ed) and Defendants Matt Hill, Debbie Merritt, Garrett Clayton, Scott Reeves and Charles Burns (all represented by Porter Hedges LLP) have been resolved. The claims between the Plaintiffs and other defendants remain contested. <u>Only the claims concerning the Porter Hedges clients are resolved</u>. The Plaintiffs and Porter Hedges clients will file closing papers regarding the settlement once documented and expect to do so within the 30-day period provided for in Section 21.A.2 of Judge Rosenthal's Court Procedures.

Regards,
Eric

**Eric D. Wade** | Partner
**Porter Hedges LLP**

1000 Main St, 36th Floor | Houston, TX 77002
**t** 713.226.6655     **e** EWade@porterhedges.com
**Bio • Web • V-Card**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1