UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Coast to Coast Title, LLC, et al.

v.                                                          Case Number: 4:24−cv−02767

Tyrell L. Garth, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/3/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 31, 2025

                                                                                          Nathan Ochsner, Clerk