IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, et al., | § § | |
| Plaintiffs | § § | Civil Action No. 4:24-cv-02767 |
| v. | § § § | |
| TYRRELL L. GARTH, et al., | § § § | |
| Defendants. | § § § | |

**ORDER OVERRULING PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS ATTACHED TO THEIR MOTION TO DISMISS AND REPLY IN SUPPORT**

This Court, having considered Plaintiffs' Objections to Defendants Tyrrell L. Garth and Phillip H. Clayton's Exhibits Attached to Their Motion to Dismiss and Reply in Support, the Response thereto, the documents attached to the Response, the Reply in Support of Defendants' Motion to Dismiss, the arguments of counsel, and the relevant authorities, has determined that Plaintiffs' Objections should be OVERRULED.

It is so ORDERED.

Signed on this ___ day of _____, 2025.

_____
Honorable Lee H. Rosenthal
United States District Judge

2779759