**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS**<br>*Plaintiffs* | § § § § § § § § § § | |
| **V.** | § § | **CIVIL ACTION NO.: 4:24-cv-02767** |
| **TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC; MARKETSTREET CAPITAL PARTNERS, LLC AND BRIAN A. BREWER**<br>*Plaintiffs.* | § § § § § § § § § § § § § § § § | |

## **ORDER**

The Court has considered Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, LLC, Magnolia Title Florida, LLC, The Peabody Bulldog LLC, and John Magness's Unopposed Motion for Leave to File Sur-Reply in response to Defendants Tyrrell L. Garth ("Garth") and Phillip H. Clayton's ("Clayton") Motion to Dismiss Amended Complaint (Dkt. 37) and any subsequent related filings. The Court FINDS that the Motion for Leave is **GRANTED** in its entirety.

It is therefore **ORDERED** that Plaintiffs are granted leave to file their Sur-Reply by:

\_\_\_\_\_ the later of April 17, 2025, or 14 days after Defendants Garth and Clayton file their amended exhibits in support of their Motion to Dismiss (Dkt. 37).

\_\_\_\_\_ April 14, 2025.

**SIGNED** this _____ day of _____, 2025.

_____
**LEE H. ROSENTHAL**
**UNITED STATES DISTRICT JUDGE**