Case 4:24-cv-02767   Document 58   Filed on 02/04/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC; MARKETSTREET CAPITAL PARTNERS, LLC AND BRIAN A. BREWER<br>*Plaintiffs.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 4:24-cv-02767 |

## ORDER

The Court has considered Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, LLC, Magnolia Title Florida, LLC, The Peabody Bulldog LLC, and John Magness's Unopposed Motion for Leave to File Sur-Reply in response to Defendants Tyrrell L. Garth ("Garth") and Phillip H. Clayton's ("Clayton") Motion to Dismiss Amended Complaint (Dkt. 37) and any subsequent related filings. The Court FINDS that the Motion for Leave is **GRANTED** in its entirety.

It is therefore **ORDERED** that Plaintiffs are granted leave to file their Sur-Reply by ~~the later of~~ April 17, 2025.

SIGNED this 4th day of February, 2025.

LEE H. ROSENTHAL
**UNITED STATES DISTRICT JUDGE**