United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, et al., | § | |
| Plaintiffs | § § § | Civil Action No. 4:24-cv-02767 |
| v. | § § | |
| TYRRELL L. GARTH, et al., | § § | |
| Defendants. | § § § | |

## ORDER GRANTING DEFENDANTS' TYRRELL L. GARTH AND PHILLIP H. CLAYTON'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED EXHIBITS B–E TO THEIR MOTION TO DISMISS

This Court, having considered Defendants Tyrrell L. Garth and Phillip H. Clayton's Unopposed Motion for Leave to File Amended Exhibits B–E to Their Motion to Dismiss, the documents attached, and the relevant authorities, has determined that Defendants' Unopposed Motion for Leave to File Amended Exhibits B–E to Their Motion to Dismiss should be GRANTED.

It is so ORDERED that Amended Exhibits B–E, which were attached to Defendants' Motion for Leave to File, should be considered instead of the Exhibits B–E originally attached to the Motion to Dismiss [Dkt. No. 37].

Signed on this 4th day of Feb, 2025.

Honorable Lee H. Rosenthal
United States District Judge