IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, § <br> SOL CITY TITLE, LLC, MAGNOLIA § <br> TITLE ARKANSAS, LLC, MAGNOLIA § <br> TITLE FLORIDA, LLC, THE PEABODY § <br> BULLDOG LLC, AND JOHN MAGNESS § <br> *Plaintiffs* § <br> § <br> § <br> § <br> § <br> § <br> V. § <br> § <br> TYRRELL L. GARTH, PHILLIP H. § <br> CLAYTON, DEBBIE MERRITT A/K/A § <br> DEBORAH MERRITT, MATTHEW D. § <br> HILL, P. GARRETT CLAYTON, SCOTT M. § <br> REEVES, ARIANE E. YOUNG, STARREX § <br> TITLE FLORIDA, LLC, LAURIE COOPER, § <br> MARKETSTREET CAPITAL PARTNERS § <br> AR, LLC, MARKETSTREET CAPITAL § <br> PARTNERS, LLC, AND BRIAN A. § <br> BREWER § <br> *Defendants.* § | CIVIL ACTION NO.:4:24-cv-02767 |

**ORDER GRANTING PLAINTIFF'S AGREED/UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT AND MODIFY HEARING DATE**

The Court having considered Defendants' Agreed/Unopposed Motion to Extend Deadline to File Second Amended Complaint and Modify Hearing Date ("Motion") finds that the Motion should be Granted.  It is THEREFORE

ORDERED that Defendants' deadline to file their Second Amended Complaint and a summary organizational chart of the claims asserted is February 21, 2025

ORDERED that the hearing on Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss (to be filed by March 14, 2025), currently scheduled for March 21, 2025 at 2:00PM, is hereby rescheduled for April _____, 2025 at _____ by video before Judge Lee H. Rosenthal.

SO ORDERED.

Signed on _____, 2025

_____
Honorable Lee H. Rosenthal
United States District Judge