# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS | § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL | § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER ON DEFENDANT LAURIE COOPER'S
## AGREED UPON MOTION FOR LEAVE

The Court has considered Defendant Laurie Cooper's Agreed Upon Motion for Leave to file responsive pleadings, including a motion to dismiss under Fed. R. Civ. P. 12(b)(2), in response to Plaintiffs' Second Amended Complaint, which is due to this Court by February 21, 2025. The Court FINDS that the Motion for Leave is GRANTED in its entirety.

It is therefore ORDERED that Defendant Laurie Cooper is granted leave to file such responsive pleadings no later than March 21, 2025.

SIGNED this _____ day of _____, 2025.

                                                                                                        _____
                                                                                                        LEE H. ROSENTHAL
                                                                                                        UNITED STATES DISTRICT JUDGE