Case 4:24-cv-02767   Document 63   Filed on 02/13/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER<br>*Defendants.* | CIVIL ACTION NO.:4:24-cv-02767 |

**ORDER GRANTING PLAINTIFF'S AGREED/UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT AND MODIFY HEARING DATE**

Defendants' Agreed/Unopposed Motion to Extend Deadline to File Second Amended Complaint and Modify Hearing Date is granted. Defendants' deadline to file their Second Amended Complaint and a summary organizational chart of the claims asserted is extended to February 21, 2025.

ORDERED that the hearing on Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss (to be filed by March 14, 2025), currently scheduled for March 21, 2025, at 2:00PM, is rescheduled for April  10 , 2025 at   10:00   a.m. by video before Judge Lee H. Rosenthal.

Signed on    February 13    , 2025

_____
Honorable Lee H. Rosenthal
Senior United States District Judge