IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY, BULLDOG LLC, AND JOHN MAGNESS<br>Plaintiffs,<br>v.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL<br>Defendants. | CIVIL ACTION NO. 4:24-cv-2767 |

## ORDER ON DEFENDANT LAURIE COOPER'S AGREED UPON MOTION FOR LEAVE

Defendant Laurie Cooper's Agreed Upon Motion for Leave to file responsive pleadings, including a motion to dismiss under Fed. R. Civ. P. 12(b)(2), in response to Plaintiffs' Second Amended Complaint, which is due to this Court by February 21, 2025, is GRANTED.

Defendant Laurie Cooper is granted leave to file responsive pleadings no later than March 21, 2025.

SIGNED this  13th  day of   February  , 2025.

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE