IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-02767 |
| TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, P. GARRETT CLAYTON, SCOTT M. REEVES, CHARLES BURNS, ARIANE E. YOUNG, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § | |

## ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINES AND MODIFY HEARING DATE

The Court having considered Plaintiffs' Second Unopposed Motion to Extend Deadlines and Modify Hearing Date ("Motion") finds that the Motion should be Granted.  It is THEREFORE

ORDERED that Plaintiffs' deadline to file their Second Amended Complaint and a summary organizational chart of the claims asserted is now **February 28, 2025.**

ORDERED that Defendants Tyrrell L. Garth and Phillip H. Clayton's deadline to file a responsive Motion to Dismiss to the Second Amended Complaint is now **March 21, 2025.**

ORDERED that the hearing on Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss (to be filed by March 21, 2025), currently scheduled for April 10, 2025 at 10:00AM, is hereby rescheduled for a date between April 21-25, 2025; specifically, **April _____, 2025 at _____** by video before Judge Lee H. Rosenthal.

SO ORDERED.

Signed on _____, 2025

_____
Honorable Lee H. Rosenthal
United States District Judge