Case 4:24-cv-02767   Document 66   Filed on 02/20/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-02767 |
| TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A DEBORAH MERRITT, MATTHEW D. HILL, P. GARRETT CLAYTON, SCOTT M. REEVES, CHARLES BURNS, ARIANE E. YOUNG, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § | |

## ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINES AND MODIFY HEARING DATE

Plaintiffs' Second Unopposed Motion to Extend Deadlines and Modify Hearing Date is granted. It is

ORDERED that Plaintiffs' deadline to file their Second Amended Complaint and a summary organizational chart of the claims asserted is extended to **February 28, 2025.**

ORDERED that Defendants Tyrrell L. Garth and Phillip H. Clayton's deadline to file a responsive Motion to Dismiss to the Second Amended Complaint is extended to **March 21, 2025.**

ORDERED that the hearing on Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss currently scheduled for April 10, 2025, at 10:00 a.m., is rescheduled for **April 22, 2025, at 10:30 a.m.,** by video before Judge Lee H. Rosenthal.

Signed on  February 20  , 2025

_____
Honorable Lee H. Rosenthal
Senior United States District Judge