# APPENDIX

## CHART OF CLAIMS IN SECOND AMENDED COMPLAINT

| No. | Claim | Plaintiff(s) | Defendant(s) |
|---|---|---|---|
| 1 | Common Law Fraud and Fraudulent Inducement | John Magness, The Peabody Bulldog | Tyrrell L. Garth, Phillip H. Clayton |
| 2 | Breach of Contract | John Magness, The Peabody Bulldog | Tyrrell L. Garth, Phillip H. Clayton |
| 3 | Promissory Estoppel | John Magness, The Peabody Bulldog | Tyrrell L. Garth, Phillip H. Clayton |
| 4 | Common Law Fraud | All Plaintiffs | Tyrrell L. Garth, Phillip H. Clayton |
| 5 | Deceptive Trade Practices Act | The Peabody Bulldog | Tyrrell L. Garth, Phillip H. Clayton |
| 6 | Breach of Fiduciary Duty | All Plaintiffs | Tyrrell L. Garth, Phillip H. Clayton |
| 7 | Conversion | All Plaintiffs | Laurie Cooper, Starrex Title Florida, MarketStreet Entities, Brian A. Brewer |
| 8 | Tortious Interference with Contract | All Plaintiffs | All Defendants |
| 9 | Misappropriation of Trade Secrets (TUTSA) | All Plaintiffs | Laurie Cooper, Starrex Title Florida, MarketStreet Entities, Brian A. Brewer |
| 10 | Unjust Enrichment | All Plaintiffs | Tyrrell L. Garth, Phillip H. Clayton, Starrex Title Florida, MarketStreet Entities, Brian A. Brewer |
| 11 | Texas Theft Liability Act | Magnolia Entities | Tyrrell L. Garth, Phillip H. Clayton, Laurie Cooper |
| 12 | Unfair Competition | All Plaintiffs | Laurie Cooper, Starrex Title Florida, MarketStreet Entities, Brian A. Brewer |

| No. | Claim | Plaintiff(s) | Defendant(s) |
|---|---|---|---|
| 13 | Breach of Fiduciary Duty | All Plaintiffs | Laurie Cooper |
| 14 | Aiding and Abetting Breach of Fiduciary Duty | All Plaintiffs | MarketStreet Entities, Starrex Title Florida, Brian A. Brewer |
| 15 | Defamation | John Magness, Magnolia Entities | Laurie Cooper, Brian A. Brewer |
| 16 | Business Disparagement | Magnolia Entities | Laurie Cooper, Brian A. Brewer |
| 17 | Federal Trademark Infringement and Unfair Competition (Lanham Act) | Magnolia Entities | Laurie Cooper, Brian A. Brewer, Starrex Title Florida, MarketStreet Entities |
| 18 | Constructive Trust | All Plaintiffs | All Defendants |
| 19 | Accounting | All Plaintiffs | Tyrrell L. Garth, Phillip H. Clayton, Laurie Cooper, Brian A. Brewer, MarketStreet Entities, Starrex Title Florida |
| 20 | Equitable Lien | All Plaintiffs | All Defendants |
| 21 | Civil Conspiracy | All Plaintiffs | All Defendants |
| 22 | Exemplary Damages | All Plaintiffs | All Defendants |

**Plaintiff Groups Defined:**

- **All Plaintiffs:** Coast to Coast Title, LLC; SolCity Title, LLC; Magnolia Title Arkansas, LLC; Magnolia Title Florida, LLC; The Peabody Bulldog LLC; and John Magness

- **Magnolia Entities / "Magnolias":** Coast to Coast Title, LLC; SolCity Title, LLC; Magnolia Title Arkansas, LLC; and Magnolia Title Florida, LLC

- **MarketStreet Entities/ "MarketStreet":** MarketStreet Capital Partners, LLC and MarketStreet Capital Partners AR, LLC

**Notes:**

1. Direct claims by John Magness and The Peabody Bulldog arise from direct injuries to their individual interests, not derivative of harm to the Magnolia Entities.

2. All claims are brought in compliance with Rule 9(b)'s heightened pleading standards where applicable
3. Jurisdictional bases for each defendant are detailed in the Jurisdiction and Venue section of the Complaint

4. Multiple claims address overlapping factual allegations but provide alternative legal theories for recovery

5. Equitable remedies (Constructive Trust, Accounting, Equitable Lien) are complementary to monetary claims

6. The Texas Theft Liability Act claim is brought only by the Magnolia Entities, not by Magness or TPB individually