IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br><br>Plaintiffs,<br><br>v.<br><br>TYRRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A/ DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRETT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC, AND BRIAN A. BREWER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-CV-2767 |

**PLAINTIFFS' STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, Ltd., Magnolia Title Florida, LLC, The Peabody Bulldog, LLC, and John Magness (collectively, the "Plaintiffs") file this Stipulation of Dismissal of the claims that any of the Plaintiffs has asserted against Debbie Merrit a/k/a Deborah Merritt, Matthew D. Hill, Charles Burns[1], P. Garrett Clayton, and Scott M. Reeves (collectively, the "Starrex D&Os"). All of the Starrex D&Os have made an appearance in this case by their filings of either (or both) Motions to Dismiss pursuant

---

[1] Defendant Charles Burns was previously voluntarily dismissed without prejudice by Plaintiffs on December 27, 2024 (Docket Entry No. 43).

1

17096855v2

to Rules 12(b)(2) and 12(b)(6). Based on a settlement agreement between Plaintiffs and the Starrex D&Os, Plaintiffs hereby **DISMISS with prejudice** the Complaint filed against the Starrex D&Os by the Plaintiffs. Each party shall bear the costs of court incurred by the respective party.

For clarity, the present dismissal with prejudice is <u>only of the Starrex D&Os</u>. Other Defendants—including Tyrrell L. Garth, Phillip H. Clayton, TingleMerrett, LLP, Starrex Title Florida, LLC, Laurie Cooper, Marketstreet Capital Partners, LLC, Marketstreet Capital Partners AR, LLC, and Brian A. Brewer, are not being dismissed at this time. Defendant Ariane E. Young was voluntarily dismissed without prejudice by Plaintiffs on January 3, 2025 (Docket Entry No. 48).

Dated: March 10, 2025.

                Respectfully submitted,

                By: _/s/_
                Simon W. Hendershot, III
                Ian F. McNeil
                Philip D. Racusin
                **HENDERSHOT COWARD P.C.**
                1800 Bering Drive, Suite 600
                Houston, TX 77057
                Trey@hchlawyers.com
                IMcNeil@hchlawyers.com
                Pracusin@hchlawyers.com

                **ATTORNEYS FOR COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG, LLC, AND JOHN MAGNESS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF.

Eric D. Wade
*Attorney in Charge*
State Bar No. 00794802
Federal Bar ID: 21401
Stephen H. Lee
State Bar No. 791092
Federal Bar ID: 18313
Mary Anna H. Rutledge
State Bar No. 24096149
Federal Bar ID: 3399718
Nabeela K. Arshi
State Bar No. 24134422
Federal Bar ID: 3872081
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, TX 77002-6336
Telephone: 713-226-6655
Facsimile: 713-226-6255
EWade@porterhedges.com
SLee@porterhedges.com
MRutledge@porterhedges.com
NArshi@porterhedges.com

**ATTORNEYS FOR DEFENDANTS P. GARRETT CLAYTON, MATTHEW D. HILL, DEBBIE MERRITT, AND SCOTT M. REEVES**

Michelle E. Gray
**FOGLER BRAR O'NEIL GRAY, LLP**
2 Houston Center
909 Fannin, Suite 1640
Houston, TX 77010
Mgray@foglerbrar.com

**ATTORNEY FOR DEFENDANT TINGLEMERRETT, LLP**

Steven C. Earl
James E. Graham
**STILWELL, EARL & APOSTOLAKIS, LLP**
128 Vision Park Blvd., Suite 140
Shenandoah, Texas 77384
steven@woodlandstxlawfirm.com
jim@woodlandstxlawfirm.com

**ATTORNEYS FOR DEFENDANTS, STARREX TITLE FLORIDA, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC, BRIAN A. BREWER AND LAURIE COOPER**

Fields Alexander
Amy Parker Beeson
Kaitie Sorenson
**BECK REDDEN LLP**
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
falexander@beckredden.com
abeeson@beckredden.com
ksorenson@beckredden.com

**ATTORNEYS FOR DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. CLAYTON**

*/s/ Philip Racusin*
Philip Racusin

3

17096855v2