IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TYRELL L. GARTH, PHILLIP H. CLAYTON, DEBBIE MERRITT A/K/A/ DEBORAH MERRITT, MATTHEW D. HILL, CHARLES BURNS, P. GARRETT CLAYTON, SCOTT M. REEVES, ARIANE E. YOUNG, TINGLEMERRITT, LLP, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS, LLC, MARKETSTREET CAPITAL PARTNERS AR, LLC, AND BRIAN A. BREWER<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-CV-2767 |

## ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL

This matter comes before the Court on Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Arkansas, Ltd., Magnolia Title Florida, LLC, The Peabody Bulldog, LLC, and John Magness (collectively, the "Plaintiffs") Stipulation of Dismissal of Defendants Debbie Merrit a/k/a Deborah Merritt, Matthew D. Hill, Charles Burns, P. Garrett Clayton, and Scott M. Reeves (collectively, the "Starrex D&Os") ONLY.  No other party is dismissed hereby. Having considered the Stipulation of Dismissal, any responses and replies thereto, if any, the arguments of counsel, if any, and applicable law, the Court concludes that the Stipulation of Dismissal should be APPROVED and GRANTED.

17096855v2

IT IS THEREFORE ORDERED that Plaintiffs' Stipulation of Dismissal is **APPROVED** and **GRANTED**; and

IT IS FURTHER ORDERED that all claims by Plaintiffs against the Starrex D&Os relating to the transactions and events that are the subject of this Lawsuit are hereby dismissed with prejudice, and that all costs incurred shall be borne by the party incurring the same.

SIGNED on March _____, 2025, at Houston, Texas.

                                              Hon. Lee H. Rosenthal
                                              Senior United States District Judge

17096855v2