# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS § § § § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 4:24-cv-2767 |
| § | |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER § § § § § § § | |
| Defendants. § | |

## ORDER ON DEFENDANTS MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pending before the Court is the Motion To Dismiss Plaintiffs' Second Amended Complaint under Fed. R. Civ. P. 8. Having considered the motion, the pleadings, evidence the court could consider under Fed. R. Civ. P. 56, and arguments of counsel, the Court FINDS the foregoing motion should be GRANTED in its entirety. Accordingly, the Court hereby

ORDERS that Plaintiffs' Second Amended Complaint is DISMISSED with / without prejudice.

SIGNED this _____ day of _____, 2025.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE