IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, et al., | § § | |
| Plaintiffs | § § | Civil Action No. 4:24-cv-02767 |
| v. | § § | |
| TYRRELL L. GARTH, et al., | § § | |
| Defendants. | § § § § | |

**ORDER GRANTING DEFENDANTS TYRRELL L. GARTH
AND PHILLIP H. CLAYTON'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

This Court, having considered Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), the documents attached to the motion and thereby incorporated in the pleadings, any responses thereto, the arguments of counsel, and the relevant authorities, has determined that Defendants Garth and Clayton's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Counts 1–6, 8, 10, 11, 18, 19, 20, and 21 are DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 9(b) and 12(b)(6) as to Defendants Tyrrell L. Garth and Phillip H. Clayton.

It is so ORDERED.

Signed on this ___ day of _____, 2025.

_____
Honorable Lee H. Rosenthal
United States District Judge

2820771