UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS**  *Plaintiffs* | § § § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-02767 |
| **TYRRELL L. GARTH, PHILLIP H. CLAYTON, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER**  *Defendants.* | § § § § § § § § § § § | |

### PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Plaintiffs Coast to Coast Title, LLC; Sol City Title, LLC; Magnolia Title Arkansas, LLC; Magnolia Title Florida, LLC; the Peabody Bulldog, LLC; and John Magness ("Plaintiffs") file this Unopposed Motion to Substitute Counsel, showing in support as follows:

1. Simon Hendershot and Philip Racusin of Hendershot Cowart, P.C. have represented the Plaintiffs in this lawsuit until now.

2. Plaintiffs have engaged F. Andino Reynal of The Reynal Law Firm to represent them. Therefore, Plaintiffs move this Court to substitute F. Andino Reynal as their counsel in this lawsuit and to permit Simon Hendershot and Philip Racusin to withdraw as counsel.

3.  Defendants are unopposed to this motion.

4.  A proposed order is enclosed.

Respectfully submitted,

*ATTORNEYS FOR PLAINTIFFS COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC AND JOHN MAGNESS*

### CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, a copy of the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ F. Andino Reynal*
