UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs*<br><br>V.<br><br>TYRRELL L. GARTH, PHILLIP H. CLAYTON, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.:4:24-cv-02767 |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Pending before the Court is plaintiffs Coast to Coast Title, LLC; Sol City Title, LLC; Magnolia Title Arkansas, LLC; Magnolia Title Florida, LLC; the Peabody Bulldog, LLC; and John Magness' unopposed motion to substitute counsel. The motion is GRANTED. It is

ORDERED that F. Andino Reynal will replace Simon Hendershot and Philip Racusin as attorneys for the plaintiffs in this case.

Signed this _____ day of March 2025.

_____
Hon. Lee H. Rosenthal
Senior United States District Judge