Case 4:24-cv-02767   Document 74   Filed on 03/25/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LLC, MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS<br>*Plaintiffs* | § § § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO.:4:24-cv-02767 |
| TYRRELL L. GARTH, PHILLIP H. CLAYTON, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER<br>*Defendants.* | § § § § § § § § § § | |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Pending before the Court is plaintiffs Coast to Coast Title, LLC; Sol City Title, LLC; Magnolia Title Arkansas, LLC; Magnolia Title Florida, LLC; the Peabody Bulldog, LLC; and John Magness' unopposed motion to substitute counsel. The motion is GRANTED. F. Andino Reynal will replace Simon Hendershot and Philip Racusin as counsel for the plaintiffs in this case.

Signed this 27 day of March, 2025.

Hon. Lee H. Rosenthal
Senior United States District Judge