IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, SOL CITY TITLE, LLC, MAGNOLIA TITLE ARKANSAS, LTD., MAGNOLIA TITLE FLORIDA, LLC, THE PEABODY BULLDOG LLC, AND JOHN MAGNESS, | § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:24-cv-2767 |
| TYRELL L. GARTH, PHILLIP H. CLAYTON, STARREX TITLE FLORIDA, LLC, LAURIE COOPER, MARKETSTREET CAPITAL PARTNERS AR, LLC, MARKETSTREET CAPITAL PARTNERS, LLC, AND BRIAN A. BREWER, | § § § § § § § § | |
| *Defendants*. | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

All Plaintiffs (Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Florida, LLC, Magnolia Title Arkansas, Ltd. The Peabody Bulldog, LLC, and John Magness) file this notice of appearance of additional counsel. Chad Flores enters his appearance as additional counsel for all Plaintiffs. Please deliver all filings, correspondence, and other case-related communications to:

> Chad Flores
>   cf@chadflores.law
>   Texas Bar No. 24059759
>   S.D. Tex. Bar No. 1060324
> Flores Law PLLC
> 917 Franklin Street, Suite 600
> Houston, Texas 77002
> Telephone: (713) 364-6640
> Facsimile: (832) 645-2496
> service@chadflores.law

1

Federico Andino Reynal remains the Attorney-in-Charge for Plaintiffs.

                                          Respectfully submitted,

                                          */s/ Chad Flores*
                                          Chad Flores
                                              cf@chadflores.law
                                              Texas Bar No. 24059759
                                              S.D. Tex. Bar No. 1060324
                                          Flores Law PLLC
                                          917 Franklin Street, Suite 600
                                          Houston, Texas 77002
                                          Telephone: (713) 364-6640
                                          Facsimile: (832) 645-2496
                                          service@chadflores.law

                                          Counsel for Plaintiffs Coast to Coast Title, LLC, Sol City Title, LLC, Magnolia Title Florida, LLC, Magnolia Title Arkansas, Ltd. The Peabody Bulldog, LLC, and John Magness

Federico Andino Reynal*
Texas Bar No. 24060482
Fed. Id. No. 1005172
**The Reynal Law Firm, P.C.**
917 Franklin, Sixth Floor
Houston, Texas 77002
Telephone: (713) 228-5900
areynal@frlaw.us

*\* Attorney-in-Charge for Plaintiffs*

## Certificate of Service

    I hereby certify that on I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to attorneys of record on April 11, 2025.

_____
Chad Flores