# EXHIBIT F

## NATIVE DOCUMENT PLACEHOLDER

## Please review the native document COAST005592.msg

COAST005592

| | |
|---|---|
| **From:** | TGarth@cheyenneinvest.com[TGarth@cheyenneinvest.com] |
| **Sent:** | Tue 9/13/2022 8:59:36 PM (UTC) |
| **To:** | Adam Fulkerson[afulkerson@deckerjones.com]; Nelson Mitchell[Nelson.Mitchell@historymaker.com]; Matt Wiggins[Matt.Wiggins@historymaker.com] |
| **Cc:** | John Magness[John.Magness@magnoliatitleteam.com] |
| **Subject:** | Revised Exhibits 3.1 |
| **Attachment:** | Revised Schedule 3 1 HMH.PDF |

Attached are Revised Exhibits 3.1, effective as of September 9, 2022, reflecting the new ownership of HMH Title Investments, LLC in each of the Magnolia entities. Unless you have any questions or comments, these exhibits will be attached to the respective company agreements, superseding the prior Exhibits 3.1.

It sounds like the transition in Dallas is going well. After the dust settles there are several issues that we need to discuss. At some point Sarah Blackburn needs to be advised that a new owner has been admitted to the Magnolia entities and that her member interests have been proportionately reduced. I would appreciate your thoughts on this.

Nelson, are you planning on coming to Houston in the next week or two? It would be beneficial to meet in person to discuss some important opportunities that John is currently working on and I would like to have a discussion about the mortgage transition. Let me know.


Tyrrell L. Garth
Cheyenne Capital Corp.
7350 Phelan Blvd.
Beaumont, Tx  77706
(409) 866-5444
(409) 866-3666 / Fax
tgarth@cheyenneinvest.com

**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document COAST005593.PDF**

COAST005593

**MAGNOLIA TITLE ARKANSAS, LLC**
**REVISED**
**EXHIBIT 3.1**
**EFFECTIVE: SEPTEMBER 9, 2022**

**MEMBER INFORMATION**

| <u>Member</u> | <u>Units</u><br><u>(by Class)</u> |
|---|---|
| **Class A Series I Member:** | |
| Rabbit Food, LLC | 375 Units (3.0%) |
| **Class A Series II Members:** | |
| 405 Manhattan Investments, LLC | 4,162.5 Units (33.3%) |
| Alphabet Investments, LLC | 4,162.5 Units (33.3%) |
| Peabody Bulldog, LLC | 1,300 Units (10.4%) |
| HMH Title Investments, LLC | <u>2,500 Units (20%)</u> |
| Total | 12,500 Units (100%) |

**Newly Admitted Class A-1 Members**: Cancelled effective 12/31/21 and converted to Class A-Series II Units

# MAGNOLIA TITLE FLORIDA, LLC
# REVISED
# EXHIBIT 3.1
# EFFECTIVE: SEPTEMBER 9, 2022

## MEMBER INFORMATION

| **Member** | **Units (by Class)** |
|---|---|
| **Class A Series I Member:** | |
| Rabbit Food, LLC | 375 Units (3.0%) |
| **Class A Series II Members:** | |
| 405 Manhattan Investments, LLC | 4,162.5 Units (33.3%) |
| Alphabet Investments, LLC | 4,162.5 Units (33.3%) |
| Peabody Bulldog, LLC | 1,300 Units (10.4%) |
| HMH Title Investments, LLC | <u>2,500 Units (20%)</u> |
| Total | 12,500 Units (100%) |

**Newly Admitted Class A-1 Members:** Cancelled effective 12/31/21 and converted to Class A-Series II Units

**Special Contributions:**

1. #6 Metz Court, LLC         $ 76,000
                              (subject to
                              Special Contribution
                              Provisions)

# COAST TO COAST TITLE, LLC
## REVISED
## EXHIBIT 3.1
## EFFECTIVE: SEPTEMBER 9, 2022

## MEMBER INFORMATION

| **Member** | **Units (by Class)** |
|---|---|
| **Class A Series I Member:** | |
| Rabbit Food, LLC | 500 Units (2.9%) |
| **Class A Series II Members:** | |
| 405 Manhattan Investments, LLC | 3,875 Units (22.48%) |
| Alphabet Investments, LLC | 3,875 Units (22.48%) |
| Peabody Bulldog, LLC | 1,750 Units (10.14%) |
| HMH Title Investments, LLC | <u>7,240 Units (42%)</u> |
| Total | 17,240 Units (100%) |

**Newly Admitted Class A-1 Members:** Cancelled effective 12/31/21 and converted to Class A-Series II Units

**Special Contributions:**

| 1. | #6 Metz Court, LLC | $ 87,000 |
| 2. | 405 Manhattan Investments, LLC | $190,875 |
| 3. | Alphabet Investments, LLC | <u>$190,876</u> |
| **Total** | | $468,751 (subject to Special Contribution Provisions) |

**SOL CITY TITLE, LLC**
**REVISED**
**EXHIBIT 3.1**
**EFFECTIVE: SEPTEMBER 9, 2022**

**MEMBER INFORMATION**

| Member | Units (by Class) |
|---|---|
| **Class A Series I Member:** | |
| Sol City Title Managers, LLC | 500 Units (3.2%) |
| **Class A Series II Members:** | |
| GF Insurance Investments, LLC | 3,850 Units (24.65%) |
| Alphabet Investments, LLC | 3,850 Units (24.65%) |
| Peabody Bulldog, LLC | 1,800 Units (11.5%) |
| HMH Title Investments, LLC | <u>5,625 Units (36%)</u> |
| Total | 15,625 Units (100%) |

**Newly Admitted Class A-1 Members:** Cancelled effective 12/31/21 and converted to Class A-Series II Units

**Special Contributions:**

| | | |
|---|---|---|
| 1. | #6 Metz Court, LLC | $ 87,000 |
| 2. | GF Insurance Investments, LLC | $ 48,000 |
| 3. | Alphabet Investments, LLC | <u>$ 48,000</u> |
| **Total** | | $183,000 (subject to Special Contribution Provisions) |