# EXHIBIT H

**From:** Debbie Merritt CFA, PhD
**Sent:** Monday, October 10, 2022 5:36 PM
**To:** John Magness;Matthew D. Hill
**Subject:** Dallas Analysis
**Attachments:** 2022-10-10 C2C Financial Analysis.xlsx

John,

Sorry it took me so long to get this to you. I've been interrupted a thousand times…and it wasn't even YOU!

I have attached a relatively high level analysis of Dallas for your review. Payroll is now running approximately $225,000 per month with operating expenses at $207,000 based on the first 8 months of 2022. With an average of $3,056 revenue per file (net premium plus escrow fees), Dallas needs to close a minimum of 140 files per month just to break even.

Net operating loss through August 31, 2022 is $1,677,621. We were over budget in McKinney by $59,000.

Details are in the workbook.

| | | |
|---|---|---|
| Net Operating Loss 2021 | $ | (553,519.49) |
| Net Operating Loss 2022 | $ | (1,124,101.79) |
| **tal Net Loss through 8/2022** | **$** | **(1,677,621.28)** |
| McKinney Buildout | $ | (258,772.67) |
| Plano | $ | (40,195.00) |

| | Plano | McKinney | Grapevine | Corporate | Title Plant | Marketing | Escrow Ops & Accounting | Monthly Total |
|---|---|---|---|---|---|---|---|---|
| Wages/Commissions | 24,348 | 27,750 | 32,692 | 43,750 | 18,110 | 22,916 | 20,000 | 189,566 |
| Employer Taxes & Benefits | 6,672 | 7,206 | 3,564 | 5,358 | 1,968 | 4,310 | 4,556 | 33,634 |
| TOTAL PAYROLL | 31,020 | 34,956 | 36,256 | 49,108 | 20,078 | 27,226 | 24,556 | 223,200 |

| | |
|---|---|
| Average Operating Expenses | 206,773 |
| Average Monthly Cost for Dallas Region | 429,973 |
| Aveage revenue per file (premium and escrow fee) | 3,056 |
| **Minimum files to close for breakeven** | **141** |



Debbie Merritt CFA, PhD
*Chief Financial Officer*

(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079

STARREX009849

Direct: (281) 406-8621
Cell: (214) 537-2320



**Disclaimer**

The information contained in this communication from dmerritt@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by John.Magness@magnoliatitleteam.com;mhill@starrexintl.com and others authorized to receive it. If you are not John.Magness@magnoliatitleteam.com;mhill@starrexintl.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

Document Produced in Native Format

2022-10-10 C2C Financial Analysis.xlsx

STARREX009851

| | | |
|---|---:|---:|
| Net Operating Loss 2021 | $ | (553,519.49) |
| Net Operating Loss 2022 | $ | (1,124,101.79) |
| **Total Net Loss through 8/2022** | **$** | **(1,677,621.28)** |
| McKinney Buildout | $ | (258,772.67) |
| Plano | $ | (40,195.00) |

| | Plano | McKinney | Grapevine | Corporate | Title Plant | Marketing | Escrow Ops & Accounting | Monthly Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Wages/Commissions | 24,348 | 27,750 | 32,692 | 43,750 | 18,110 | 22,916 | 20,000 | 189,566 |
| Employer Taxes & Benefits | 6,672 | 7,206 | 3,564 | 5,358 | 1,968 | 4,310 | 4,556 | 33,634 |
| **TOTAL PAYROLL** | **31,020** | **34,956** | **36,256** | **49,108** | **20,078** | **27,226** | **24,556** | **223,200** |

| | |
|---|---:|
| Average Operating Expenses | 206,773 |
| Average Monthly Cost for Dallas Region | **429,973** |
| Aveage revenue per file (premium and escrow fee) | 3,056 |
| **Minimum files to close for breakeven** | **141** |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

Reporting Book: ACCRUAL
As of Date: 08/31/2022
Department: Magnolia Title - Dallas

| | Files Closed | 24 | 27 | 26 | 33 | 35 | 26 | 31 | 24 | 226 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Month Ending 01/31/2022 | Month Ending 02/28/2022 | Month Ending 03/31/2022 | Month Ending 04/30/2022 | Month Ending 05/31/2022 | Month Ending 06/30/2022 | Month Ending 07/31/2022 | Month To Date 08/31/2022 | Year To Date 08/31/2022 |
| **Revenue** | | | | | | | | | | |
| Revenue - Other | | | | | | | | | | |
| 4160 - Gross Title Premium | | 54,877.61 | 86,724.15 | 60,113.05 | 78,529.90 | 70,146.50 | 84,227.05 | 95,731.96 | 72,082.90 | 602,433.12 |
| 4161 - Escrow Fees | | 14,425.00 | 22,225.00 | 18,341.00 | 23,966.00 | 23,466.90 | 22,925.00 | 27,175.00 | 20,125.00 | 172,648.90 |
| 4163 - Underwriter Premium (Contra) | | (7,794.34) | (13,008.57) | (9,016.89) | (11,779.41) | (10,521.84) | (12,508.58) | (14,201.21) | (10,812.42) | (89,643.26) |
| 4168 - Services: Education Classes | | 0.00 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31.00 |
| Total Revenue - Other | | 61,508.27 | 95,971.58 | 69,437.16 | 90,716.49 | 83,091.56 | 94,643.47 | 108,705.75 | 81,395.48 | 685,469.76 |
| Total Revenue | | 61,508.27 | 95,971.58 | 69,437.16 | 90,716.49 | 83,091.56 | 94,643.47 | 108,705.75 | 81,395.48 | 685,469.76 |
| **Cost of Revenue** | | | | | | | | | | |
| Cost of Products Revenue | | | | | | | | | | |
| 5132 - Title Commissions | | 12,237.83 | 21,073.61 | 14,991.89 | 17,565.90 | 12,418.63 | 15,192.27 | 16,331.07 | 17,896.48 | 127,707.68 |
| Total Cost of Products Revenue | | 12,237.83 | 21,073.61 | 14,991.89 | 17,565.90 | 12,418.63 | 15,192.27 | 16,331.07 | 17,896.48 | 127,707.68 |
| Total Cost of Revenue | | 12,237.83 | 21,073.61 | 14,991.89 | 17,565.90 | 12,418.63 | 15,192.27 | 16,331.07 | 17,896.48 | 127,707.68 |
| Gross Profit | | 49,270.44 | 74,897.97 | 54,445.27 | 73,150.59 | 70,672.93 | 79,451.20 | 92,374.68 | 63,499.00 | 557,762.08 |
| *Gross Margin (%)* | | 80% | 78% | 78% | 81% | 85% | 84% | 85% | 78% | 81% |
| **Operating Expenses** | | | | | | | | | | |
| General and Administrative | | | | | | | | | | |
| Business Licenses and Permits | | | | | | | | | | |
| 5406 - Licensing Expense | | 0.00 | 10.00 | 0.00 | 0.00 | 96.50 | 0.00 | 20.00 | 16.00 | 142.50 |
| 5414 - Bond Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 1,010.00 | 21.00 | 0.00 | 36.00 | 1,067.00 |
| Total Business Licenses and Permits | | 0.00 | 10.00 | 0.00 | 0.00 | 1,106.50 | 21.00 | 20.00 | 52.00 | 1,209.50 |
| Other Operating Expense | | | | | | | | | | |
| 5410 - Bank Service Charges | | 4,315.59 | 1,334.28 | 1,862.80 | 1,759.48 | 2,022.71 | 2,053.39 | 2,039.70 | 2,408.75 | 17,796.70 |
| 5413 - Escrow Loss on File | | 1,386.45 | 731.55 | 964.51 | 103.06 | 185.21 | 573.25 | 1,975.04 | 9,967.81 | 15,886.88 |
| 5416 - Car Allowance | | 1,250.00 | 1,500.00 | 1,500.00 | 1,000.00 | 1,500.00 | 850.00 | 900.00 | 1,150.00 | 9,650.00 |
| 5424 - Dues and Subscriptions | | 541.91 | 563.87 | 966.87 | 1,598.07 | 884.95 | 3,200.60 | 2,011.36 | 1,523.29 | 11,290.92 |
| 5426 - Employee Appreciation | | 646.07 | 378.86 | 0.00 | 153.00 | 432.92 | 0.00 | 0.00 | 0.00 | 1,610.85 |
| 5432 - Miscellaneous Expenses | | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | (0.04) | 0.00 | 0.00 | 0.36 |
| 5434 - Office Services | | 1,783.95 | 1,783.95 | 1,732.00 | 1,732.00 | 1,732.00 | 1,732.00 | 2,132.53 | 1,096.29 | 13,724.72 |
| 5438 - Shredding Expense | | 60.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 1,740.00 |
| 5440 - Office Supplies | | 3,405.85 | 1,936.56 | 1,615.46 | 1,381.18 | 1,938.30 | 765.77 | 3,424.63 | 4,099.12 | 18,566.87 |
| 5444 - Postage | | 333.00 | 287.72 | 525.56 | 577.37 | 128.35 | 118.17 | 159.71 | 186.02 | 2,315.90 |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

| Reporting Book: | ACCRUAL |
| As of Date: | 08/31/2022 |
| Department: | Magnolia Title - Dallas |

| | Files Closed | 24 | 27 | 26 | 33 | 35 | 26 | 31 | 24 | 226 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Month Ending 01/31/2022 | Month Ending 02/28/2022 | Month Ending 03/31/2022 | Month Ending 04/30/2022 | Month Ending 05/31/2022 | Month Ending 06/30/2022 | Month Ending 07/31/2022 | Month To Date 08/31/2022 | Year To Date 08/31/2022 |
| 5446 - Postage:Overnights | | (246.49) | 1,384.08 | 403.37 | 3,180.25 | 1,411.22 | 917.88 | 1,216.57 | 1,489.11 | 9,755.99 |
| 5447 - Courier/Delivery Fees | | 0.00 | 64.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.75 | 89.50 |
| 5452 - Software Usage Fees | | 0.00 | 551.03 | 421.07 | 327.42 | 885.28 | 85.28 | 85.28 | 90.61 | 2,445.97 |
| 5453 - SaaS - Software as a Service | | 0.00 | 0.00 | 456.00 | 494.00 | 418.00 | 418.00 | 418.00 | 532.00 | 2,736.00 |
| 5458 - Moving Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,156.27 | 135.31 | 1,291.58 |
| 5476 - Equipment Lease | | 652.71 | 524.86 | 524.86 | 524.86 | 1,115.09 | 224.63 | 243.53 | 243.53 | 4,054.07 |
| 5486 - Computer Hardware | | 179.87 | 0.00 | 626.72 | 0.00 | 0.00 | 1,278.72 | 0.00 | 0.00 | 2,085.31 |
| 5494 - Furniture Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 746.90 | 746.90 |
| 5496 - Corp Allocation | | 8,806.02 | 2,172.48 | 16,421.79 | 19,026.77 | 21,111.30 | 55,809.09 | 20,664.72 | 18,800.59 | 162,812.76 |
| 5551 - Title Plant Expenses | | 697.17 | 1,415.44 | 2,228.30 | 1,981.26 | 929.22 | 891.33 | 1,584.96 | 12,918.83 | 22,646.51 |
| 5553 - Recording Fee Expense | | 134.31 | 0.00 | 479.41 | 63.36 | 0.00 | (247.95) | 215.43 | 151.00 | 795.56 |
| 5554 - Notary Fee | | 2,725.00 | 2,450.00 | 3,362.50 | 2,525.00 | 1,300.00 | 875.00 | 2,250.00 | 1,549.95 | 17,037.45 |
| Total Other Operating Expense | | 26,671.41 | 17,319.83 | 34,331.22 | 36,667.08 | 36,234.55 | 69,785.12 | 40,717.73 | 57,353.86 | 319,080.80 |
| Total General and Administrative Expenses | | 26,671.41 | 17,329.83 | 34,331.22 | 36,667.08 | 37,341.05 | 69,806.12 | 40,737.73 | 57,405.86 | 320,290.30 |
| Marketing and Advertising Expenses | | | | | | | | | | |
| Advertising and Promotion | | | | | | | | | | |
| 5404 - Advertising and Promotion | | 26,990.37 | 641.90 | 698.00 | 1,187.61 | 3,783.31 | 8,673.10 | 582.57 | 995.42 | 43,552.28 |
| 5405 - Advertising and Promotion: Sponerships | | 379.18 | 0.00 | 125.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 804.18 |
| Total Advertising and Promotion | | 27,369.55 | 641.90 | 823.00 | 1,187.61 | 4,083.31 | 8,673.10 | 582.57 | 995.42 | 44,356.46 |
| Total Marketing and Advertising Expenses | | 27,369.55 | 641.90 | 823.00 | 1,187.61 | 4,083.31 | 8,673.10 | 582.57 | 995.42 | 44,356.46 |
| Depreciation and Amortization Expense | | | | | | | | | | |
| Depreciation | | | | | | | | | | |
| 6022 - Depr Exp - PP&E | | 471.53 | 471.53 | 471.53 | 550.96 | 550.96 | 1,272.16 | 1,646.69 | 1,676.48 | 7,111.84 |
| 6024 - Depr Exp - Leasehold | | 169.13 | 169.13 | 169.13 | 1,339.70 | 1,339.70 | 1,339.70 | 1,339.70 | 1,339.70 | 7,205.89 |
| 6026 - Depr Exp - ROU Lease | | 5,936.67 | 5,936.67 | 5,936.67 | 14,719.66 | 14,719.66 | 14,719.66 | 17,824.53 | 17,824.53 | 97,618.05 |
| Total Depreciation | | 6,577.33 | 6,577.33 | 6,577.33 | 16,610.32 | 16,610.32 | 17,331.52 | 20,810.92 | 20,840.71 | 111,935.78 |
| Total Depreciation and Amortization Expense | | 6,577.33 | 6,577.33 | 6,577.33 | 16,610.32 | 16,610.32 | 17,331.52 | 20,810.92 | 20,840.71 | 111,935.78 |
| Payroll and Related Expenses | | | | | | | | | | |
| Payroll Expenses | | | | | | | | | | |
| 7002 - Payroll Expenses:401k Match | | 2,348.98 | 2,695.60 | 3,009.06 | 2,815.23 | 2,088.53 | 2,689.85 | 3,125.63 | 3,287.69 | 22,060.57 |
| 7004 - Payroll Expenses:Payroll and Admin Fees | | 129.00 | 218.82 | 190.82 | 410.41 | 423.20 | 397.62 | 410.41 | 410.41 | 2,590.69 |
| 7006 - Payroll Expenses:Health/Dental Insurance Expense | | 7,937.51 | 6,962.26 | 6,016.78 | 9,958.48 | 8,170.91 | 4,272.16 | 9,312.95 | 6,521.77 | 59,152.82 |
| 7008 - Payroll Expenses:Wages | | 54,197.84 | 54,416.66 | 72,568.35 | 83,871.90 | 81,083.32 | 82,391.01 | 84,241.18 | 91,602.55 | 604,372.81 |
| 7009 - Payroll Expenses:Bonuses | | 0.00 | 0.00 | 0.00 | 75,000.00 | 0.00 | 0.00 | (2,219.18) | 0.00 | 72,780.82 |
| 7010 - Payroll Expenses: Payroll Tax Expense | | 8,227.24 | 5,705.56 | 7,643.12 | 13,858.73 | 7,122.31 | 6,161.86 | 6,175.35 | 7,038.10 | 61,932.27 |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Reporting Book: | | ACCRUAL | | | | | | | |
| As of Date: | | 08/31/2022 | | | | | | | |
| Department: | | Magnolia Title - Dallas | | | | | | | |

| | Files Closed | 24 | 27 | 26 | 33 | 35 | 26 | 31 | 24 | 226 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Month Ending 01/31/2022 | Month Ending 02/28/2022 | Month Ending 03/31/2022 | Month Ending 04/30/2022 | Month Ending 05/31/2022 | Month Ending 06/30/2022 | Month Ending 07/31/2022 | Month To Date 08/31/2022 | Year To Date 08/31/2022 |
| Total Payroll Expenses | | 72,840.57 | 69,998.90 | 89,428.13 | 185,914.75 | 98,888.27 | 95,912.50 | 101,046.34 | 108,860.52 | 822,889.98 |
| Total Payroll and Related Expense | | 72,840.57 | 69,998.90 | 89,428.13 | 185,914.75 | 98,888.27 | 95,912.50 | 101,046.34 | 108,860.52 | 822,889.98 |
| Utilities and Facilities | | | | | | | | | | |
| Facilities | | | | | | | | | | |
| 5305 - CAM Charges | | 2,109.64 | 1,434.83 | 1,643.36 | 5,168.69 | 5,168.69 | 5,168.04 | 1,507.03 | 6,675.72 | 28,876.00 |
| 5306 - Rent Expense | | 3,800.00 | 7,600.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 0.00 | 0.00 | 26,600.00 |
| Total Facilities | | 5,909.64 | 9,034.83 | 5,443.36 | 8,968.69 | 8,968.69 | 8,968.04 | 1,507.03 | 6,675.72 | 55,476.00 |
| Repairs and Maintenance | | | | | | | | | | |
| 5302 - Repairs and Maintenance | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 415.68 | 0.00 | 415.68 |
| Total Repairs and Maintenance | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 415.68 | 0.00 | 415.68 |
| Utilities | | | | | | | | | | |
| 5308 - Utilities | | 870.16 | 1,902.06 | 991.49 | 525.00 | 731.52 | 1,773.00 | 2,323.96 | 894.77 | 10,011.96 |
| 5312 - Telephone Expense | | 886.54 | 962.90 | 983.78 | 883.64 | 983.64 | 1,033.64 | 940.17 | 1,692.72 | 8,367.03 |
| 5478 - Cable and Internet Expense | | 282.51 | 282.51 | 282.51 | 282.51 | 382.54 | 585.82 | 402.57 | 267.20 | 2,768.17 |
| Total Utilities | | 2,039.21 | 3,147.47 | 2,257.78 | 1,691.15 | 2,097.70 | 3,392.46 | 3,666.70 | 2,854.69 | 21,147.16 |
| Total Utilities and Facilities | | 7,948.85 | 12,182.30 | 7,701.14 | 10,659.84 | 11,066.39 | 12,360.50 | 5,589.41 | 9,530.41 | 77,038.84 |
| Taxes and Insurance | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| 5314 - Insurance Expense:Liability Insurance | | 352.20 | 352.20 | 352.20 | 352.20 | 505.54 | 428.87 | 47.87 | 6,707.75 | 9,098.83 |
| 5316 - Insurance Expense:Work Comp | | 0.00 | 0.00 | 0.00 | 0.00 | 105.16 | 52.58 | 52.58 | 52.58 | 262.90 |
| Total Insurance | | 352.20 | 352.20 | 352.20 | 352.20 | 610.70 | 481.45 | 100.45 | 6,760.33 | 9,361.73 |
| Total Taxes and Insurance | | 352.20 | 352.20 | 352.20 | 352.20 | 610.70 | 481.45 | 100.45 | 6,760.33 | 9,361.73 |
| Travel, Meals and Entertainment | | | | | | | | | | |
| Travel Expenses | | | | | | | | | | |
| 5430 - Meals and Entertainment | | 1,486.22 | 1,204.62 | 3,407.23 | 2,363.39 | 3,123.21 | 2,272.92 | 2,274.13 | 2,478.11 | 18,609.83 |
| 5492 - Client Entertainment | | 0.00 | 0.00 | 141.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141.43 |
| 5606 - Travel Expense:Ground Transportation | | 0.00 | 0.00 | 61.38 | 67.63 | 0.00 | 0.00 | 0.00 | 109.00 | 238.01 |
| 5608 - Travel Expense:Lodging | | 0.00 | 0.00 | 345.21 | 312.29 | 0.00 | 403.97 | 0.00 | 0.00 | 1,061.47 |
| Total Travel Expenses | | 1,486.22 | 1,204.62 | 3,955.25 | 2,743.31 | 3,123.21 | 2,676.89 | 2,274.13 | 2,587.11 | 20,050.74 |
| Total Travel, Meals and Entertainment | | 1,486.22 | 1,204.62 | 3,955.25 | 2,743.31 | 3,123.21 | 2,676.89 | 2,274.13 | 2,587.11 | 20,050.74 |
| Professional Services | | | | | | | | | | |
| Professional Services | | | | | | | | | | |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

| Reporting Book: | ACCRUAL |
| As of Date: | 08/31/2022 |
| Department: | Magnolia Title - Dallas |

| | Files Closed | 24 | 27 | 26 | 33 | 35 | 26 | 31 | 24 | 226 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Month Ending 01/31/2022 | Month Ending 02/28/2022 | Month Ending 03/31/2022 | Month Ending 04/30/2022 | Month Ending 05/31/2022 | Month Ending 06/30/2022 | Month Ending 07/31/2022 | Month To Date 08/31/2022 | Year To Date 08/31/2022 |
| 5202 - Professional Expenses:Actuarial Expense | | 550.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,550.00 |
| 5206 - Professional Expenses:IT Consulting Fee | | 0.00 | 0.00 | 3,125.00 | 3,472.23 | 3,214.29 | 3,125.00 | 3,040.54 | 324.14 | 16,301.20 |
| 5208 - Professional Expenses:Legal Fees | | 3,550.06 | 0.00 | 1,650.56 | 2,884.00 | 875.00 | 0.00 | 20,296.25 | 0.00 | 29,255.87 |
| 5210 - Professional Expenses:BSpoke Management Fees | | 40,000.00 | 40,000.00 | 15,083.68 | 14,216.27 | 14,216.27 | 58,718.30 | 14,216.27 | 3,702.62 | 200,153.41 |
| Professional Services | | 44,100.06 | 42,000.00 | 19,859.24 | 20,572.50 | 18,305.56 | 61,843.30 | 37,553.06 | 4,026.76 | 248,260.48 |
| Total Professional Services | | 44,100.06 | 42,000.00 | 19,859.24 | 20,572.50 | 18,305.56 | 61,843.30 | 37,553.06 | 4,026.76 | 248,260.48 |
| Total Operating Expenses | | 187,346.19 | 150,287.08 | 163,027.51 | 274,707.61 | 190,028.81 | 269,085.38 | 208,694.61 | 211,007.12 | 1,654,184.31 |
| **Other Income (expense)** | | | | | | | | | | |
| Other Expense | | | | | | | | | | |
| Interest Expenses | | | | | | | | | | |
| 5702 - Interest Expense- ROU Lease | | (1,710.36) | (1,686.58) | (1,662.67) | (4,273.55) | (4,215.08) | (4,156.32) | (5,028.71) | (4,946.29) | (27,679.56) |
| Total Interest Expenses | | (1,710.36) | (1,686.58) | (1,662.67) | (4,273.55) | (4,215.08) | (4,156.32) | (5,028.71) | (4,946.29) | (27,679.56) |
| Total Other Expense | | (1,710.36) | (1,686.58) | (1,662.67) | (4,273.55) | (4,215.08) | (4,156.32) | (5,028.71) | (4,946.29) | (27,679.56) |
| Total Other Income (Expense) | | (1,710.36) | (1,686.58) | (1,662.67) | (4,273.55) | (4,215.08) | (4,156.32) | (5,028.71) | (4,946.29) | (27,679.56) |
| **Net Income (Loss)** | | $ (139,786.11) | $ (77,075.69) | $ (110,244.91) | $ (205,830.57) | $ (123,570.96) | $ (193,790.50) | $ (121,348.64) | $ (152,454.41) | $ (1,124,101.79) |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

| | Files Closed | Month Ending 04/30/2021 | Month Ending 05/31/2021 | Month Ending 06/30/2021 | Month Ending 07/31/2021 | Month Ending 09/30/2021 | Month Ending 10/31/2021 | Month Ending 11/30/2021 | Month To Date 12/31/2021 | Year To Date 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | |
| Revenue - Other | | | | | | | | | | |
| 4160 - Gross Title Premium | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,080.76 | 69,730.15 | 92,569.51 | 203,380.42 |
| 4161 - Escrow Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,759.66 | 26,504.85 | 30,200.00 | 69,464.51 |
| Total Revenue - Other | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,840.42 | 96,235.00 | 122,769.51 | 272,844.93 |
| Total Revenue | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,840.42 | 96,235.00 | 122,769.51 | 272,844.93 |
| | | | | | | | | | | |
| **Cost of Revenue** | | | | | | | | | | |
| Cost of Products Revenue | | | | | | | | | | |
| 5132 - Title Commissions | | 0.00 | 0.00 | 0.00 | 0.00 | 12,787.25 | 25,077.54 | 22,669.39 | 30,357.00 | 90,891.18 |
| Total Cost of Products Revenue | | 0.00 | 0.00 | 0.00 | 0.00 | 12,787.25 | 25,077.54 | 22,669.39 | 30,357.00 | 90,891.18 |
| | | | | | | | | | | |
| Cost of Consulting Revenue | | | | | | | | | | |
| 5110 - Contract Labor | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 250.00 | 350.00 |
| Total Cost of Consulting Revenue | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 250.00 | 350.00 |
| Total Cost of Revenue | | 0.00 | 0.00 | 0.00 | 0.00 | 12,787.25 | 25,077.54 | 22,769.39 | 30,607.00 | 91,241.18 |
| | | | | | | | | | | |
| Gross Profit | | 0.00 | 0.00 | 0.00 | 0.00 | (12,787.25) | 28,762.88 | 73,465.61 | 92,162.51 | 181,603.75 |
| *Gross Margin (%)* | | | | | | | *53.42%* | *76.34%* | *75.07%* | *66.56%* |
| | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | |
| | | | | | | | | | | |
| General and Administrative | | | | | | | | | | |
| | | | | | | | | | | |
| Business Licenses and Permits | | | | | | | | | | |
| 5406 - Licensing Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 56.99 | 32.00 | 0.00 | 93.99 |
| Total Business Licenses and Permits | | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 56.99 | 32.00 | 0.00 | 93.99 |
| | | | | | | | | | | |
| Other Operating Expense | | | | | | | | | | |
| 5410 - Bank Service Charges | | 25.00 | 10.00 | 10.00 | 10.00 | 0.00 | 45.85 | 1,512.10 | 3,075.56 | 4,688.51 |
| 5413 - Escrow Loss on File | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 222.33 | 311.01 | 25.00 | 558.34 |
| 5416 - Car Allowance | | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 1,500.00 | 1,250.00 | 1,750.00 | 4,750.00 |
| 5424 - Dues and Subscriptions | | 0.00 | 0.00 | 0.00 | 0.00 | 233.82 | 519.00 | 1,249.77 | 1,046.67 | 3,049.26 |
| 5426 - Employee Appreciation | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 156.46 | 0.00 | 0.00 | 156.46 |
| 5432 - Miscellaneous Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,070.95 | 4,070.95 |
| 5434 - Office Services | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 461.07 | 6,425.05 | 984.70 | 7,870.82 |
| 5438 - Shredding Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 | 165.00 |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

| | Files Closed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Month Ending 04/30/2021 | Month Ending 05/31/2021 | Month Ending 06/30/2021 | Month Ending 07/31/2021 | Month Ending 09/30/2021 | Month Ending 10/31/2021 | Month Ending 11/30/2021 | Month To Date 12/31/2021 | Year To Date 12/31/2021 |
| 5440 - Office Supplies | | 0.00 | 0.00 | 0.00 | 0.00 | 153.23 | 6,059.53 | 3,707.10 | 126.81 | 10,046.67 |
| 5444 - Postage | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.10 | 216.03 | 236.34 | 637.47 |
| 5446 - Postage:Overnights | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426.48 | 352.61 | (201.94) | 577.15 |
| 5447 - Courier/Delivery Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.50 | 73.50 |
| 5452 - Software Usage Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 2,854.32 | 0.00 | 244.80 | 465.75 | 3,564.87 |
| 5476 - Equipment Lease | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 204.59 | 107.83 | 312.42 |
| 5486 - Computer Hardware | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,364.69 | 422.25 | 0.00 | 2,786.94 |
| 5494 - Furniture Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,387.32 | 0.00 | 2,387.32 |
| 5551 - Title Plant Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 1,105.00 | 6,791.46 | 2,250.00 | 13,146.46 |
| 5553 - Recording Fee Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 279.99 | 955.27 | 458.32 | 1,693.58 |
| 5554 - Notary Fee | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 5,025.00 | 6,525.00 |
| Total Other Operating Expense | | 25.00 | 10.00 | 10.00 | 10.00 | 6,491.37 | 13,325.50 | 27,529.36 | 19,659.49 | 67,060.72 |
| Total General and Administrative Expenses | | 25.00 | 10.00 | 10.00 | 10.00 | 6,496.37 | 13,382.49 | 27,561.36 | 19,659.49 | 67,154.71 |
| | | | | | | | | | | |
| Marketing and Advertising Expenses | | | | | | | | | | |
| Advertising and Promotion | | | | | | | | | | |
| 5404 - Advertising and Promotion | | 0.00 | 0.00 | 0.00 | 0.00 | 221.47 | 2,659.84 | 4,918.97 | 1,396.66 | 9,196.94 |
| 5456 - Website | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 359.20 | 0.00 | 359.20 |
| Total Advertising and Promotion | | 0.00 | 0.00 | 0.00 | 0.00 | 221.47 | 2,659.84 | 5,278.17 | 1,396.66 | 9,556.14 |
| | | | | | | | | | | |
| Total Marketing and Advertising Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 221.47 | 2,659.84 | 5,278.17 | 1,396.66 | 9,556.14 |
| | | | | | | | | | | |
| Depreciation and Amortization Expense | | | | | | | | | | |
| Depreciation | | | | | | | | | | |
| 6022 - Depr Exp - PP&E | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129.90 | 388.20 | 471.53 | 989.63 |
| 6024 - Depr Exp - Leasehold | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 169.13 | 169.13 |
| 6026 - Depr Exp - ROU Lease | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,936.67 | 5,936.67 | 5,936.67 | 17,810.01 |
| Total Depreciation | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,066.57 | 6,324.87 | 6,577.33 | 18,968.77 |
| | | | | | | | | | | |
| Total Depreciation and Amortization Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,066.57 | 6,324.87 | 6,577.33 | 18,968.77 |
| | | | | | | | | | | |
| Payroll and Related Expenses | | | | | | | | | | |
| | | | | | | | | | | |
| Payroll Expenses | | | | | | | | | | |
| 7002 - Payroll Expenses:401k Match | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.63 | 65.63 |
| 7004 - Payroll Expenses:Payroll and Admin Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 195.08 | 0.00 | 195.08 |
| 7006 - Payroll Expenses:Health/Dental Insurance Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,638.96 | 3,082.68 | 10,536.70 | 15,258.34 |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

| | Files Closed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Month Ending 04/30/2021 | Month Ending 05/31/2021 | Month Ending 06/30/2021 | Month Ending 07/31/2021 | Month Ending 09/30/2021 | Month Ending 10/31/2021 | Month Ending 11/30/2021 | Month To Date 12/31/2021 | Year To Date 12/31/2021 |
| 7008 - Payroll Expenses:Wages | 0.00 | 0.00 | 0.00 | 0.00 | 66,490.77 | 122,443.91 | 54,416.64 | 54,629.22 | 297,980.54 |
| 7010 - Payroll Expenses: Payroll Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 6,388.60 | 12,131.51 | 6,194.69 | 6,133.15 | 30,847.95 |
| Total Payroll Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 72,879.37 | 136,214.38 | 63,889.09 | 71,364.70 | 344,347.54 |
| Total Payroll and Related Expense | 0.00 | 0.00 | 0.00 | 0.00 | 72,879.37 | 136,214.38 | 63,889.09 | 71,364.70 | 344,347.54 |
| Utilities and Facilities | | | | | | | | | |
| Facilities | | | | | | | | | |
| 5305 - CAM Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,122.96 | 2,562.30 | 2,562.30 | 7,247.56 |
| 5306 - Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,800.00 | 3,800.00 | 3,800.00 | 11,400.00 |
| Total Facilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,922.96 | 6,362.30 | 6,362.30 | 18,647.56 |
| Repairs and Maintenance | | | | | | | | | |
| 5302 - Repairs and Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318.19 | 0.00 | 350.60 | 668.79 |
| Total Repairs and Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 318.19 | 0.00 | 350.60 | 668.79 |
| Utilities | | | | | | | | | |
| 5308 - Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 639.18 | 1,300.33 | 0.00 | 1,939.51 |
| 5312 - Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 1,502.33 | 820.66 | 1,353.01 | 3,726.00 |
| 5478 - Cable and Internet Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.27 | 145.27 | 290.54 | 581.08 |
| Total Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 2,286.78 | 2,266.26 | 1,643.55 | 6,246.59 |
| Total Utilities and Facilities | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 8,527.93 | 8,628.56 | 8,356.45 | 25,562.94 |
| Taxes and Insurance | | | | | | | | | |
| Insurance | | | | | | | | | |
| 5314 - Insurance Expense:Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 352.20 | (331.80) | 352.20 | 372.60 |
| Total Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 352.20 | (331.80) | 352.20 | 372.60 |
| Total Taxes and Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 352.20 | (331.80) | 352.20 | 372.60 |
| Travel, Meals and Entertainment | | | | | | | | | |
| Travel Expenses | | | | | | | | | |
| 5430 - Meals and Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 1,069.31 | 3,273.11 | 1,886.00 | 7,218.77 | 13,447.19 |
| 5602 - Travel Expense:Airfare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 827.53 | 0.00 | 0.00 | 827.53 |

**Coast to Coast Title, LLC**
**Profit and Loss - Detail**

|  | Files Closed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | | Month Ending 04/30/2021 | Month Ending 05/31/2021 | Month Ending 06/30/2021 | Month Ending 07/31/2021 | Month Ending 09/30/2021 | Month Ending 10/31/2021 | Month Ending 11/30/2021 | Month To Date 12/31/2021 | Year To Date 12/31/2021 |
| 5606 - Travel Expense:Ground Transportation | | 0.00 | 0.00 | 0.00 | 0.00 | 400.52 | 593.18 | 0.00 | 0.00 | 993.70 |
| 5608 - Travel Expense:Lodging | | 0.00 | 0.00 | 0.00 | 0.00 | 1,246.33 | 442.86 | 464.28 | 0.00 | 2,153.47 |
| Total Travel Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 2,716.16 | 5,136.68 | 2,350.28 | 7,218.77 | 17,421.89 |
| Total Travel, Meals and Entertainment | | 0.00 | 0.00 | 0.00 | 0.00 | 2,716.16 | 5,136.68 | 2,350.28 | 7,218.77 | 17,421.89 |
| Professional Services | | | | | | | | | | |
| Professional Services | | | | | | | | | | |
| 5202 - Professional Expenses:Actuarial Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.00 | 0.00 | 51.00 |
| 5206 - Professional Expenses:IT Consulting Fee | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,354.44 | 0.00 | 2,354.44 |
| 5208 - Professional Expenses:Legal Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 970.60 | 0.00 | 0.00 | 0.00 | 970.60 |
| 5210 - Professional Expenses:BSpoke Management Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80,659.00 | 122,431.02 | 40,000.00 | 243,090.02 |
| Professional Services | | 0.00 | 0.00 | 0.00 | 0.00 | 970.60 | 80,659.00 | 124,836.46 | 40,000.00 | 246,466.06 |
| Total Professional Services | | 0.00 | 0.00 | 0.00 | 0.00 | 970.60 | 80,659.00 | 124,836.46 | 40,000.00 | 246,466.06 |
| Total Operating Expenses | | 25.00 | 10.00 | 10.00 | 10.00 | 83,333.97 | 252,999.09 | 238,536.99 | 154,925.60 | 729,850.65 |
| **Other Income (expense)** | | | | | | | | | | |
| Other Expense | | | | | | | | | | |
| Interest Expenses | | | | | | | | | | |
| 5702 - Interest Expense- ROU Lease | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,781.00) | (1,757.57) | (1,734.02) | (5,272.59) |
| Total Interest Expenses | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,781.00) | (1,757.57) | (1,734.02) | (5,272.59) |
| Total Other Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,781.00) | (1,757.57) | (1,734.02) | (5,272.59) |
| Total Other Income (Expense) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,781.00) | (1,757.57) | (1,734.02) | (5,272.59) |
| **Net Income (Loss)** | | $ (25.00) | $ (10.00) | $ (10.00) | $ (10.00) | $ (96,121.22) | $ (226,017.21) | $ (166,828.95) | $ (64,497.11) | $ (553,519.49) |

Created on: 10/10/2022 2:43 PM CDT

| Comp Pay | 2022 |
|---|---|
| Regular | $ 150,000 |
| Holiday | $ 4,615 |
| PTO | $ 5,769 |
| Bereavement | $ 2,308 |
| Bonus | $ 75,000 |
| Gross | $ 237,692 |

Was on Bspoke's payroll in 2021; we have no access.  2021 W2 included below from date of hire 2021 through 12/31/2021

**Form W-2 Wage and Tax Statement — 2021**

- a Employee's social security number: 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
- b Employer identification number (EIN): 84-2892186
- c Employer's name, address, and ZIP code: BS Title Team LLC, 925 S. Capital of TX Hwy, BLDG A Suite, Austin TX 78746
- e Employee's first name and initial / Last name: Patricia Rissanen
- f Employee's address and ZIP code: 6212 Crystal Cove Ct, Mckinney TX 75071
- 1 Wages, tips, other compensation: 169616.78
- 2 Federal income tax withheld: 49261.14
- 3 Social security wages: 142800.00
- 4 Social security tax withheld: 8853.60
- 5 Medicare wages and tips: 170366.78
- 6 Medicare tax withheld: 2470.32
- 13 Retirement plan: X
- 12a D 750.0
- 12b DD 848.54

Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

Department of the Treasury—Internal Revenue Service

| | | | | |
|---|---:|---|---|---:|
| McKinney  Budget | 200,000.00 | Plano | Furniture | 40,195.00 |
| Architectural | (14,206.86) | | | |
| Commercial Construction | (98,328.15) | | | |
| Commercial Construction | (75,561.85) | | | |
| Furniture Expense - 2021 | (1,976.00) | | | |
| IBB - Furniture | (13,439.24) | | | |
| Lindsey Furniture | (28,099.53) | | | |
| Furniture - Nebraska Furniture | (746.90) | | | |
| Lindsey Furniture | (28,099.54) | | | |
| IBB - Furniture-Refund | 12,135.91 | | | |
| Furniture - Nebraska Furniture | (1,450.51) | | | |
| Weirs Furniture | (4,540.00) | | | |
| Sign | (4,460.00) | | | |
| | (258,772.67) | | | |
| | (58,772.67) Over | | | |