# EXHIBIT I

# Frost

**P.O. Box 1315 Houston, Texas 77251 Member FDIC**

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2022

Page 1 of 5

>>>    001    MAGNOLIA TITLE FLORIDA LLC
               DBA MAGNOLIA TITLE
               14601 SAINT MARYS LN
               HOUSTON TX 77079

D

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

## ANALYZED CHECKING : ACCOUNT NO. 50 3196003

| BALANCE LAST STATEMENT | DEPOSITS | | WITHDRAWALS | | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | |
| 37,510.90 | 24 | 515,029.51 | 44 | 468,203.20 | 84,337.21 |

-------------------------------------- DEPOSITS/CREDITS ----------------------------------------

| DATE | TRANSACTION | AMOUNT | | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|---|
| 09-26 | DIGITAL DEPOSIT | 84.98 | | | | |

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 09-01 | 20,171.40 | WIRE TRANSFER | FROST BANK | WIRE IN | 05492 |
| 09-02 | 8,290.50 | WIRE TRANSFER | FROST BANK | WIRE IN | 04705 |
| 09-06 | 3,096.00 | WIRE TRANSFER | FROST BANK | WIRE IN | 03909 |
| 09-07 | 10,504.72 | WIRE TRANSFER | FROST BANK | WIRE IN | 03875 |
| 09-08 | 3,188.00 | WIRE TRANSFER | FROST BANK | WIRE IN | 05224 |
| 09-09 | 8,874.72 | WIRE TRANSFER | FROST BANK | WIRE IN | 04177 |
| 09-12 | 8,288.12 | WIRE TRANSFER | FROST BANK | WIRE IN | 03958 |
| 09-12 | 50,000.00 | WIRE TRANSFER | FROST BANK | WIRE IN | 00647 |
| 09-13 | 8,519.58 | WIRE TRANSFER | FROST BANK | WIRE IN | 03566 |
| 09-14 | 3,828.00 | WIRE TRANSFER | FROST BANK | WIRE IN | 06016 |
| 09-15 | 1,750.00 | WIRE TRANSFER | FROST BANK | WIRE IN | 04842 |
| 09-16 | 6,809.30 | WIRE TRANSFER | FROST BANK | WIRE IN | 03954 |
| 09-19 | 4,027.00 | WIRE TRANSFER | FROST BANK | WIRE IN | 04067 |
| 09-21 | 85,000.00 | FROST CONNECT TRANSFER | FROM ACCOUNT xxxxx5996 | | |
| 09-21 | 105,000.00 | FROST CONNECT TRANSFER | FROM ACCOUNT xxxxx5961 | | |
| 09-21 | 5,714.75 | WIRE TRANSFER | FROST BANK | WIRE IN | 00396 |
| 09-23 | 9,047.30 | WIRE TRANSFER | FROST BANK | WIRE IN | 03685 |
| 09-26 | 8,098.53 | WIRE TRANSFER | FROST BANK | WIRE IN | 03985 |
| 09-27 | 7,756.47 | WIRE TRANSFER | FROST BANK | WIRE IN | 04066 |
| 09-28 | 60,000.00 | FROST CONNECT TRANSFER | FROM ACCOUNT xxxxx2161 | | |
| 09-28 | 72,000.00 | FROST CONNECT TRANSFER | FROM ACCOUNT xxxxx2161 | | |
| 09-28 | 1,867.50 | WIRE TRANSFER | FROST BANK | WIRE IN | 04623 |
| 09-28 | 23,112.64 | ELECTRONIC DEPOSIT | MAGNOLIA TITLE F ACH | | |

-------------------------------------- CHECKS PAID ----------------------------------------

| DATE | CHECK | | AMOUNT | | DATE | CHECK | | AMOUNT | | DATE | CHECK | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-02 | 11075 | # | 5,939.47 | | 09-14 | 11083 | # | 100.00 | | 09-22 | 11089 | # | 278.20 |
| 09-01 | 11076 | # | 400.00 | | 09-13 | 11084 | # | 200.53 | | 09-22 | 11090 | # | 265.19 |
| 09-02 | 11078 * # | | 259.33 | | 09-13 | 11085 | # | 319.80 | | 09-26 | 11091 | # | 1,275.00 |
| 09-14 | 11079 | # | 5,068.26 | | 09-19 | 11086 | # | 16,895.59 | | 09-26 | 11092 | # | 45.00 |
| 09-15 | 11081 * # | | 118.55 | | 09-16 | 11087 | # | 10,000.00 | | 09-23 | 11094 * # | | 97.96 |
| 09-14 | 11082 | # | 641.39 | | 09-28 | 11088 | # | 50.00 | | | | | |

\* A BREAK IN CHECK NUMBER SEQUENCE
\# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

-------------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 09-02 | 1.95 | ELECTRONIC DEBIT | PW Resident Dire WEB PMTS | D9P459 | |
| 09-02 | 365.00 | ELECTRONIC DEBIT | GUSTO | FEE 384070 | 6semjsfm0mq |
| 09-02 | 2,516.00 | ELECTRONIC DEBIT | SLS INVESTMENTS | 91761-4094 | 407-847-4706 |
| 09-02 | 2,850.00 | ELECTRONIC DEBIT | GIANCO HYDE PARK WEB PMTS | N6K86K | |
| 09-02 | 4,109.62 | ELECTRONIC DEBIT | Exchange Place, WEB PMTS | MQP459 | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

STARREX001185

Please notify us of any changes of address immediately. To change your address, follow these instructions:

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____     Account Number _____
Account Number _____     Account Number _____
Account Number _____     Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

Page 2 of 5

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

STARREX001186

**Frost**

P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR CUSTOMER SERVICE CALL
713-388-7800 OR 1-800-513-7678

001 MAGNOLIA TITLE FLORIDA LLC

ANALYZED CHECKING :   ACCOUNT NO.   50 3196003                                    (CONTINUED)

---------------------------------------- OTHER WITHDRAWALS/DEBITS ------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|------|--------|-------------|-------------|--|--|
| 09-06 | 84.98 | ELECTRONIC DEBIT | Charter Service s | 2568368 | |
| 09-07 | .24 | ELECTRONIC DEBIT | Guideline Retire | AMTS:2,22 | ST-S2Q0S7Q2C9B9 |
| 09-07 | 165.24 | ELECTRONIC DEBIT | GUSTO | TAX 458871 | 6semjsg3u7c |
| 09-07 | 820.50 | ELECTRONIC DEBIT | GUSTO | NET 458869 | 6semjsg3u6s |
| 09-09 | 150.00 | ELECTRONIC DEBIT | CITY OF BRADENTO | BILLPAY | CITY OF BRADENT |
| 09-09 | 150.00 | ELECTRONIC DEBIT | CITY OF BRADENTO | BILLPAY | CITY OF BRADENT |
| 09-12 | 7,074.88 | ELECTRONIC DEBIT | UNITED HEALTHCAR | EDI PAYMTS | 873632130100 |
| 09-13 | 5,045.98 | WIRE TRANSFER | FROST BANK | WIRE OUT | 02009 |
| 09-14 | 4,132.90 | ELECTRONIC DEBIT | GUSTO | REM 680877 | 6semjshgc47 |
| 09-14 | 15,753.51 | ELECTRONIC DEBIT | GUSTO | TAX 680909 | 6semjshgc2o |
| 09-14 | 45,593.26 | ELECTRONIC DEBIT | GUSTO | NET 680896 | 6semjshgbtv |
| 09-16 | 141.00 | ELECTRONIC DEBIT | FPL DIRECT DEBIT | ELEC PYMT | 6124240497 WEBI |
| 09-16 | 171.39 | ELECTRONIC DEBIT | COMCAST 8535100 | 431130520 | 5089981 |
| 09-16 | 188.00 | ELECTRONIC DEBIT | FPL DIRECT DEBIT | ELEC PYMT | 7624430497 WEBI |
| 09-20 | 531.99 | ELECTRONIC DEBIT | FPL DIRECT DEBIT | ELEC PYMT | 1224423028 PPDA |
| 09-21 | 225,000.00 | FROST CONNECT TRANSFER | TO ACCOUNT xxxxx2161 | | |
| 09-21 | 3,529.25 | ELECTRONIC DEBIT | SSBTRUSTOPS | P/R Contr | |
| 09-28 | 51,163.53 | FROST CONNECT TRANSFER | TO ACCOUNT xxxxx2161 | | |
| 09-29 | 3,077.92 | ELECTRONIC DEBIT | GUSTO | REM 580145 | 6semjskec7h |
| 09-29 | 10,954.83 | ELECTRONIC DEBIT | GUSTO | TAX 580160 | 6semjskec6g |
| 09-29 | 37,604.68 | ELECTRONIC DEBIT | GUSTO | NET 580142 | 6semjskeclt |
| 09-30 | 5,072.28 | FROST CONNECT TRANSFER | TO ACCOUNT xxxxx2161 | | |

-------------------------------------------- DAILY BALANCE -----------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08-31 | 37,510.90 | 09-13 | 127,990.42 | 09-22 | 11,710.99 |
| 09-01 | 57,282.30 | 09-14 | 60,529.10 | 09-23 | 20,660.33 |
| 09-02 | 49,531.43 | 09-15 | 62,160.55 | 09-26 | 27,523.84 |
| 09-06 | 52,542.45 | 09-16 | 58,469.46 | 09-27 | 35,280.51 |
| 09-07 | 62,061.19 | 09-19 | 45,600.87 | 09-28 | 141,046.92 |
| 09-08 | 65,249.19 | 09-20 | 45,068.88 | 09-29 | 89,409.49 |
| 09-09 | 73,823.91 | 09-21 | 12,254.38 | 09-30 | 84,337.21 |
| 09-12 | 125,037.15 | | | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

STARREX001187

# Frost

P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2022

Page 4 of 5

001    MAGNOLIA TITLE FLORIDA LLC



| | | | |
|---|---|---|---|
| 09/26/22 #1 | $84.98 | 09/02/22 #11075 | $5,939.47 |
| 09/01/22 #11076 | $400.00 | 09/02/22 #11078 | $259.33 |
| 09/14/22 #11079 | $5,068.26 | 09/15/22 #11081 | $118.55 |
| 09/14/22 #11082 | $641.39 | 09/14/22 #11083 | $100.00 |
| 09/13/22 #11084 | $200.53 | 09/13/22 #11085 | $319.80 |
| 09/19/22 #11086 | $16,895.59 | 09/16/22 #11087 | $10,000.00 |

STARREX001188

# Frost

**P.O. Box 1315 Houston, Texas 77251 Member FDIC**

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

**001    MAGNOLIA TITLE FLORIDA LLC**



| 09/28/22   #11088   $50.00 | 09/22/22   #11089   $278.20 |
| 09/22/22   #11090   $265.19 | 09/26/22   #11091   $1,275.00 |
| 09/26/22   #11092   $45.00 | 09/23/22   #11094   $97.96 |

STARREX001189

STARREX001190