# EXHIBIT K

| | |
|---|---|
| **From:** | John Magness |
| **Sent:** | Tuesday, February 15, 2022 5:02 PM CST |
| **To:** | Debbie Merritt CFA, PhD |
| **CC:** | Matthew D. Hill |
| **Subject:** | Re: Email to Bspoke |

We are good with it.

Sent from my iPhone

On Feb 15, 2022, at 4:17 PM, Debbie Merritt CFA, PhD <dmerritt@starrexintl.com> wrote:

Matt / John – Terry would like you guys to review and comment on the attached suggested language to Bo.

<1_4a38a9ee-936e-4c87-b5aa-0a99eab2a61e.jpg>

Debbie Merritt CFA, PhD
*Chief Financial Officer*

<picture1_01497380-eeb2-4b81-a63f-b7d281f847fa.jpg>

(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079
Direct: (281) 406-8621
Cell: (214) 537-2320

| WEBSITE | STOCK |
|---|---|

**Disclaimer**
The information contained in this communication from dmerritt@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by mhill@starrexintl.com;johnmagness1020@gmail.com and others authorized to receive it. If you are not mhill@starrexintl.com;johnmagness1020@gmail.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

<2022-02-15 TG_Email to BSpoke.docx>