# EXHIBIT L

| | |
|---|---|
| From: | John Magness |
| Sent: | Friday, January 6, 2023 9:59 AM CST |
| To: | Britt; John Magness |
| Subject: | Fwd: Comp agreement |

Sent from my iPhone

Begin forwarded message:

> **From:** "Matthew D. Hill" <mhill@starrexintl.com>
> **Date:** December 21, 2022 at 5:59:19 PM CST
> **To:** John Magness <John.Magness@magnoliatitleteam.com>
> **Subject: RE: Comp agreement**

Scott



Matthew D. Hill
*President | Chief Executive Officer*

(CNSX: STX) (OTC: STXMF)

14701 Saint Mary's Lane, Suite 150

Houston, Texas 77079

Direct: (281) 406-8337

Cell: (281) 636-2243

| WEBSITE | STOCK |
|---|---|

**Disclaimer**
The information contained in this communication from mhill@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by John.Magness@magnoliatitleteam.com and others authorized to receive it. If you are not John.Magness@magnoliatitleteam.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

**From:** John Magness <John.Magness@magnoliatitleteam.com>
**Sent:** Wednesday, December 21, 2022 4:46 PM
**To:** Matthew D. Hill <mhill@starrexintl.com>
**Subject:** Re: Comp agreement

Who will draw this up? I will want Sturm to review it…

Sent from my iPhone

On Dec 13, 2022, at 11:43 AM, John Magness <John.Magness@magnoliatitleteam.com> wrote:

If either one ever becomes a reality we can discuss then.

Sent from my iPhone

On Dec 13, 2022, at 11:13 AM, Matthew D. Hill <mhill@starrexintl.com> wrote:

John,
I propose that once we close on the All American Deal that you receive a $100,000.00 finders fee and 250,000 shares of stock and when you become an employee of STX receive another $100,000 signing bonus plus 250,000 shares (you may want to consider stock options instead, depending on tax ramifications). I am in agreement on the board seat. We simply need to discuss the timing. I believe you wanted to wait to go on the board after or at the same time as we acquired the Magnolias. If Britt's catch up money is still not paid by that time, I would propose that she receive the outstanding balance as a signing bonus once she becomes a STX employee. I am in agreement with you on the EBITDA bonus and stock per transaction portion to be included in your employment agreement.



Matthew D. Hill
*President | Chief Executive Officer*

(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079
Direct: (281) 406-8337
Cell: (281) 636-2243

| WEBSITE | STOCK |
|---|---|

**Disclaimer**

**The information contained in this communication from mhill@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by John.Magness@magnoliatitleteam.com and others authorized to receive it. If you are not John.Magness@magnoliatitleteam.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.**

-----Original Message-----
From: John Magness <John.Magness@magnoliatitleteam.com>
Sent: Saturday, December 10, 2022 7:52 AM
To: Matthew D. Hill <mhill@starrexintl.com>
Subject: Re: Comp agreement

5. Was Board Seat

Sent from my iPhone

> On Dec 10, 2022, at 7:51 AM, John Magness <John.Magness@magnoliatitleteam.com> wrote:
>
> Matt;
>
> We had come up with a compensation plan after we got the ANTIC line and the Stoic closing done that looked as follows:
>
> 1.200,000 payment in October
> 2.200,000 payment in December
> 3.500,000 shares of Starrex stock issued in November 4. 300,000 base
> salary started
>
> Obviously 1 and 4 were done, 2 and 3 have yet to be achieved.
>
> If you could update me on the status of 2 and 3, and where we are on a written agreement moving forward I would appreciate it.
>
> For 2023 I would like the agreement to include plans for the following:
>
> Base salary
> % of EBITDA biannual bonus
> % of stock tied to each acquisition
>
> Please let me know when as soon as possible so I can budget for 2023 moving forward. Thanks..
>
> JM
>
>
>
>
>
>
>
> Sent from my iPhone

COAST015259