# EXHIBIT M

**From:** John Magness
**Sent:** Tuesday, August 29, 2023 5:06 PM
**To:** Justin Ray
**Subject:** Starrex Payment

Justin;

I would like line item detail on each Starrex billing for me to approve prior to payment from this point forward. I would also like the payment to be split in half and billed on the 15th and the last day of the month just like payroll. I am also confirming that the Kipp Academy bill is in the amounts due you sent today....

Sent from my iPhone

STARREX042425

**From:** John Magness
**Sent:** Wednesday, August 30, 2023 10:57 AM
**To:** Justin Ray
**CC:** Laurie Cooper;Wayne Norton;Jeff Harvey
**Subject:** Re: Magnolia Cash and Payables

Thank you Justin.

Sent from my iPhone

> On Aug 30, 2023, at 10:55 AM, Justin Ray <jray@starrexintl.com> wrote:
>
> <image003.png>
>
> I added an insurance and 401k line. These numbers were in the "All In" payroll numbers but the money is withdrawn separately and happens over the next couple of days.
>
> John I added the KIPP Invoice to the Houston bill total.
>
>
> <1_4a38a9ee-936e-4c87-b5aa-0a99eab2a61e.jpg>
> Justin Ray
> *Controller*
>
> <picture1_01497380-eeb2-4b81-a63f-b7d281f847fa.jpg>
> (CNSX: STX) (OTC: STXMF)
> 14701 Saint Mary's Lane, Suite 150
> Houston, Texas 77079
> Direct:
> Cell:
>
> WEBSITE | STOCK
>
> **Disclaimer**
> The information contained in this communication from jray@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by John.Magness@magnoliatitleteam.com and others authorized to receive it. If you are not John.Magness@magnoliatitleteam.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.
>
> ---
>
> **From:** John Magness <John.Magness@magnoliatitleteam.com>
> **Sent:** Wednesday, August 30, 2023 10:44 AM
> **To:** Justin Ray <jray@starrexintl.com>
> **Cc:** Laurie Cooper <laurie.cooper@magnoliatitleteam.com>; Wayne Norton <wayne.norton@magnoliatitleteam.com>; Jeff Harvey <jeff.harvey@magnoliatitleteam.com>
> **Subject:** Re: Magnolia Cash and Payables
>
> Justin;
>
> Now that payroll has been processed can we get an update please?
>
> Sent from my iPhone

STARREX042431

On Aug 29, 2023, at 1:31 PM, Justin Ray <jray@starrexintl.com> wrote:

Cash is for Funding through 8-28.

<image001.png>

<1_4a38a9ee-936e-4c87-b5aa-0a99eab2a61e.jpg>
Justin Ray
*Controller*

<picture1_01497380-eeb2-4b81-a63f-b7d281f847fa.jpg>
(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079
Direct:
Cell:

WEBSITE | STOCK

Disclaimer

The information contained in this communication from jray@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by John.Magness@magnoliatitleteam.com;laurie.cooper@magnoliatitleteam.com;wayne.norton@magnoliatitleteam.com;jeff.harvey@magnoliatitleteam.com and others authorized to receive it. If you are not John.Magness@magnoliatitleteam.com;laurie.cooper@magnoliatitleteam.com;wayne.norton@magnoliatitleteam.com;jeff.harvey@magnoliatitleteam.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

<Magnolia AP.xlsx>

**From:** Justin Ray
**Sent:** Wednesday, August 30, 2023 10:55 AM
**To:** John Magness
**CC:** Laurie Cooper;Wayne Norton;Jeff Harvey;Debbie Merritt CFA, PhD;Matthew D. Hill
**Subject:** RE: Magnolia Cash and Payables

|  | Houston | Dallas | Florida | Arkansas |
|---|---|---|---|---|
| Bills | 33,520.09 | 33,603.72 | 10,200.77 | 15,192.85 |
| Insurance | 23,825.06 | 32,272.04 | 15,038.87 | 9,852.91 |
| 401k payment | 4,341.66 | 10,106.65 | 3,930.00 | 1,895.46 |
| Rent | 14,136.44 | 48,302.97 | 18,085.94 | 9,750.00 |
| Cash Balances | 90,756.61 | 174,792.21 | 76,858.97 | 40,227.54 |
| Shortage | 14,933.36 | 50,506.83 | 29,603.39 | 3,536.32 |

I added an insurance and 401k line. These numbers were in the "All In" payroll numbers but the money is withdrawn separately and happens over the next couple of days.

John I added the KIPP Invoice to the Houston bill total.

---

**From:** John Magness <John.Magness@magnoliatitleteam.com>
**Sent:** Wednesday, August 30, 2023 10:44 AM
**To:** Justin Ray <jray@starrexintl.com>
**Cc:** Laurie Cooper <laurie.cooper@magnoliatitleteam.com>; Wayne Norton <wayne.norton@magnoliatitleteam.com>; Jeff Harvey <jeff.harvey@magnoliatitleteam.com>
**Subject:** Re: Magnolia Cash and Payables

Justin;

Now that payroll has been processed can we get an update please?

Sent from my iPhone

> On Aug 29, 2023, at 1:31 PM, Justin Ray <jray@starrexintl.com> wrote:
>
> Cash is for Funding through 8-28.
>
> <image001.png>

<1_4a38a9ee-936e-4c87-b5aa-0a99eab2a61e.jpg>
**Justin Ray**
*Controller*

<picture1_01497380-eeb2-4b81-a63f-b7d281f847fa.jpg>
(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079
Direct:
Cell:

WEBSITE | STOCK

Disclaimer

The information contained in this communication from jray@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by
John.Magness@magnoliatitleteam.com;laurie.cooper@magnoliatitleteam.com;wayne.norton@magnoliatitleteam.com;jeff.harvey@magnoliatitleteam.com
and others authorized to receive it. If you are not
John.Magness@magnoliatitleteam.com;laurie.cooper@magnoliatitleteam.com;wayne.norton@magnoliatitleteam.com;jeff.harvey@magnoliatitleteam.com
you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.


<Magnolia AP.xlsx>

STARREX043264