# EXHIBIT O

**From:** Matthew D. Hill
**Sent:** Friday, June 23, 2023 9:58 AM
**To:** terrygarth@icloud.com;TGarth@cheyenneinvest.com;Phil Clayton
**Subject:** Fwd: Laiva Starrex LOI

---

**From:** Cory Dosdall <cory@dosdallc.com>
**Sent:** Friday, June 23, 2023 9:19:58 AM
**To:** Matthew D. Hill <mhill@starrexintl.com>
**Cc:** Charles Chebry <charleschebry@outlook.com>
**Subject:** Re: Laiva Starrex LOI

Hi Matt,

Can you update us on the status of the LOI?

We have financing that requires a "go public" transaction. If you guys are not intending to sign the LOI please let us know as a professional courtesy so we can find another shell for the gold project.

Thanks in advance,


On Thu, Jun 22, 2023 at 8:50 AM Matthew D. Hill <mhill@starrexintl.com> wrote:

Ok. Thanks



**Matthew D. Hill**
*President | Chief Executive Officer*

(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079

Direct: (281) 406-8337
Cell: (281) 636-2243

WEBSITE  STOCK

Disclaimer

The information contained in this communication from mhill@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by cory@dosdallc.com and others authorized to receive it. If you are not cory@dosdallc.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

**From:** Cory Dosdall <cory@dosdallc.com>
**Sent:** Thursday, June 22, 2023 9:49 AM
**To:** Matthew D. Hill <mhill@starrexintl.com>
**Cc:** Charles Chebry <charleschebry@outlook.com>
**Subject:** Re: Laiva Starrex LOI

Yes

Cory Dosdall

403 975 5820

Sent from my iPhone

> On Jun 22, 2023, at 8:31 AM, Matthew D. Hill <mhill@starrexintl.com> wrote:
>
> Gentlemen,
>
> Who is receiving the finders fee? Just Cory?
>
> <1_4a38a9ee-936e-4c87-b5aa-0a99eab2a61e.jpg>
>
> Matthew D. Hill
> *President | Chief Executive Officer*
>
> <picture1_01497380-eeb2-4b81-a63f-b7d281f847fa.jpg>
>
> (CNSX: STX) (OTC: STXMF)
> 14701 Saint Mary's Lane, Suite 150
> Houston, Texas 77079

Direct: (281) 406-8337
Cell: (281) 636-2243



**Disclaimer**

The information contained in this communication from mhill@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by charleschebry@outlook.com;cory@dosdallc.com and others authorized to receive it. If you are not charleschebry@outlook.com;cory@dosdallc.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

**From:** Charles Chebry <charleschebry@outlook.com>
**Sent:** Tuesday, June 20, 2023 5:09 PM
**To:** Cory Dosdall <cory@dosdallc.com>; Matthew D. Hill <mhill@starrexintl.com>
**Subject:** Laiva Starrex LOI

Hi Matt

Please see attached LOI signed by myself on behalf of Laiva Gold.

Please sign and return a scanned copy at your earliest convenience.

Best regards

Charles Chebry, President

Laiva Gold Inc.

M and WhatsApp +1 403 680 8511

Sent from Mail for Windows

**From:** Cory Dosdall
**Sent:** June 20, 2023 1:48 PM
**To:** Charles Chebry
**Subject:** Re: Laiva Starrex LOI

STARREX011866

> I added in the finder fee of 500,000 shares.
>
> Thanks,
>
> On Tue, Jun 20, 2023 at 1:29 PM Charles Chebry <charleschebry@outlook.com> wrote:
>
>> Sent from Mail for Windows
>
> --
>
> Cory Dosdall
>
> cory@dosdallc.com
>
> 403 975 5820

--

Cory Dosdall
cory@dosdallc.com

403 975 5820