# EXHIBIT Q

Case 4:24-cv-02767     Document 79-17     Filed on 04/21/25 in TXSD     Page 1 of 3

**From:** Debbie Merritt CFA, PhD
**Sent:** Monday, April 17, 2023 11:04 AM
**To:** TGarth@cheyenneinvest.com
**CC:** John Magness
**Subject:** RE: Promissory Notes

I agree. The effective date of the line was October 17, 2022 with the first draw initiated on October 26, 2022. June 30, 2023 maturity date works – we have classified all as short term on the balance sheet.

**From:** TGarth@cheyenneinvest.com <TGarth@cheyenneinvest.com>
**Sent:** Monday, April 17, 2023 10:59 AM
**To:** Debbie Merritt CFA, PhD <dmerritt@starrexintl.com>
**Cc:** John Magness <John.Magness@magnoliatitleteam.com>
**Subject:** RE: Promissory Notes

What date should the promissory notes be executed? I suggest a date prior to the first draw and probably a date that is reasonably close to the date that the line of credit was executed. Also, the notes need a maturity date. I suggest June 30, 2023, which should give sufficient time to determine how and when the Magnolias will be merged. Let me know.


Tyrrell L. Garth
Cheyenne Capital Corp.
7350 Phelan Blvd.
Beaumont, Tx 77706
(409) 866-5444
(409) 866-3666 / Fax
tgarth@cheyenneinvest.com

**From:** Debbie Merritt CFA, PhD <dmerritt@starrexintl.com>
**Sent:** Monday, April 17, 2023 9:28 AM
**To:** tgarth@cheyenneinvest.com; terrygarth@icloud.com
**Cc:** John Magness <John.Magness@magnoliatitleteam.com>
**Subject:** Promissory Notes

I wanted to wait until the end of Q1 to provide you with numbers for each of the Magnolia Entities. The auditors are pushing now for the signed promissory notes. Please see below:

| Entity | Outstanding | Recommended Cap |
|---|---|---|
| Coast to Coast Title, LLC | $973,859 | $1,300,000 |
| Sol City Title, LLC | $656,155 | $750,000 |
| Magnolia Title Florida, LLC | $835,990 | $1,200,000 |
| Magnolia Title Arkansas, LLC | $405,380 | $750,000 |
| | $2,871,384 | $4,000,000 |



**Debbie Merritt CFA, PhD**
*Chief Financial Officer*

---

(CNSX: STX) (OTC: STXMF)
14701 Saint Mary's Lane, Suite 150
Houston, Texas 77079
Direct: (281) 406-8621
Cell: (214) 537-2320

| WEBSITE | STOCK |

**Disclaimer**

The information contained in this communication from dmerritt@starrexintl.com is confidential and may be legally privileged. It is intended solely for use by tgarth@cheyenneinvest.com;terrygarth@icloud.com and others authorized to receive it. If you are not tgarth@cheyenneinvest.com;terrygarth@icloud.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

STARREX027022