# EXHIBIT S

| | |
|---|---|
| **From:** | Amy Parker Beeson |
| **To:** | PRacusin@hchlawyers.com; imcneill@hchlawyers.com; Andino Reynal |
| **Cc:** | Fields Alexander; Kaitie Sorenson |
| **Subject:** | Motion for Sanctions |
| **Date:** | Friday, March 21, 2025 5:45:14 PM |
| **Attachments:** | Motion for Sanctions.pdf |

Counsel,

Attached please find a copy of Defendants Tyrrell L. Garth and Philip H. Clayton's Motion for Sanctions, which we are serving on you in accordance with Federal Rule of Civil Procedure 11(c)(2). The exhibits referenced in the Motion may be accessed from the following FTP link:

Password: e0t45aODt9nU
https://files.beckredden.com/fl/UDQKb8GxPe


**AMY PARKER BEESON**
*Of Counsel*

**Beck Redden LLP**
(713) 951-6234 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
**website** | **bio** | **linkedin** | **vCard** | **map** | **abeeson@beckredden.com**

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.