# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COAST TO COAST TITLE, LLC, et al., | § § § | |
| Plaintiffs | § § | Civil Action No. 4:24-cv-02767 |
| v. | § § § | |
| TYRRELL L. GARTH, et al., | § § § | |
| Defendants. | § § § § | |

## ORDER GRANTING DEFENDANTS TYRRELL L. GARTH AND PHILLIP H. CLAYTON'S MOTION FOR SANCTIONS

This Court, having considered Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion for Sanctions, the exhibits attached to the motion, any responses thereto, the arguments of counsel, and the record in this matter, has determined that Defendants Garth and Clayton's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs shall pay the reasonable attorneys' fees incurred by Defendants Garth and Clayton, amounting to $100,000, within thirty days of the date of this Order.

It is so ORDERED.

Signed on this __ day of _____, 2025.

_____
Honorable Lee H. Rosenthal
United States District Judge

2844006