**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **COAST TO COAST TITLE, LLC,** § | | |
| **SOL CITY TITLE, LLC, MAGNOLIA TITLE** § | | |
| **ARKANSAS, LLC, MAGNOLIA TITLE** § | | |
| **FLORIDA, LLC, THE PEABODY BULLDOG** § | | |
| **LLC, AND JOHN MAGNESS** § | | |
| *Plaintiffs* § | | |
| § | | |
| **V.** § | | **CIVIL ACTION NO.:4:24-cv-2767** |
| § | | |
| **TYRRELL L. GARTH, PHILLIP H.** § | | |
| **CLAYTON, STARREX TITLE FLORIDA,** § | | |
| **LLC, LAURIE COOPER, MARKETSTREET** § | | |
| **CAPITAL PARTNERS AR, LLC,** § | | |
| **MARKETSTREET CAPITAL PARTNERS,** § | | |
| **LLC, AND BRIAN A. BREWER** § | | |
| *Defendants.* § | | |

**ORDER SUSTAINING OBJECTION AND DENYING DEFENDANTS
TYRRELL L. GARTH AND PHILLIP H. CLAYTON'S MOTION FOR SANCTIONS**

After considering Defendants Tyrrell L. Garth and Phillip H. Clayton's Motion for Sanctions, the response(s) and objection(s) thereto, and the reply, if any, the Court SUSTAINS all objections thereto and DENIES the Motion.

It is so ORDERED.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

1